IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ATLANTIC COAST LIFE INSURANCE COMPANY J. | CASE NO. 1:25-CV-00683 |
| Plaintiff, | JUDGE: DAVID A. RUIZ<br>MAGISTRATE: |
| vs. | |
| DENISE GAWAJEK, et al., | |
| Defendants. | |

### DEFENDANTS KELLY S. HESKETH AND JEFFREY K. SCHMIDT'S UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER, *INSTANTER*

COME NOW Defendants JEFFREY K. SCHMIDT and KELLY S. HESKETH, individually and as the Executor of the Estate of Kenneth H. Schmidt ("Answering Defendants") by and through the undersigned counsel and respectfully moves this Honorable Court for an Order granting Defendant J. SCHMIDT and K. HESKETH leave to file their Answer to Plaintiff's Complaint, *Instanter*. [1]Defendants move this Court to deem their Answer to the Complaint timely filed upon the granting of this Motion. This request is made in good faith. The undersigned counsel will be representing three of the named defendants in this action (K. Schmidt, J. Schmidt and K. Hesketh), two of whom (J. Schmidt and K. Hesketh) have been served with the summons and complaint, while one (K. Schmidt), has not. The undersigned counsel agreed to waive service upon K. Schmidt, and answer on behalf of all three defendants simultaneously. However, while coordinating the waiver of service with plaintiff's counsel, the deadline for defendants J. Schmidt

---

[1] Defendants' proposed Answer to Complaint, and Answer to Crossclaim is attached as Exhibit A

1

and K. Hesketh to answer has passed. The undersigned has consulted with plaintiff's counsel who advised the motion is unopposed. Further, the granting of this Motion will not prejudice the parties as it will not delay this matter. Defendants have attached a proposed Order hereto as Exhibit B.

>Respectfully submitted,
>
>*/s/* ***Christopher J. Mulvaney***
>Christopher J. Mulvaney (068517)
>THE MULVANEY FIRM, LLC
>8190- A Beechmont Ave., Suite 323
>Cincinnati, OH 45255
>Tel: (513) 300 3480
>CMulvaney@mulvaneylegal.com
>***Attorney for Defendants Kerri Schmidt, Kelly S. Hesketh and Jeffrey K. Schmidt***

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via ECF, email and/or regular mail upon the following June 6, 2025:

Barry Y. Freeman
**ROETZEL & ANDRESS, LPA**
1375 E. 9th Street, 10th Floor
Cleveland, OH 44114
Telephone: (216) 623-0150
Facsimile: (216) 623-0134
Email: bfreeman@ralaw.com

Jillian J. Jewett
**ROETZEL & ANDRESS, LPA**
222 S. Main Street, Suite 400
Akron, OH 44308
Telephone: (330) 434-7085
Facsimile: (330) 376-4577
Email: jjewett@ralaw.com
*Counsel for Plaintiff*

Jeffrey W. Krueger
11925 Pearl Road, Suite 201
Strongsville, Ohio 44136
Telephone: (440) 732-2100
Fax: (440) 740-8800
JWKrueger@KandV-Law.com
*Attorneys for Defendant Denise Gawelek*

Jeffrey M. Nye (0082247)
SSP LAW Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Tel. (513) 533-6714
Fax (513) 533-2999
jmn@sspfirm.com
*Attorney for Defendant Loretta A. Schmidt*

                                /s/   *Christopher J. Mulvaney*
                                   Christopher J. Mulvaney (068517)