## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ATLANTIC COAST LIFE INSURANCE COMPANY J. | ) CASE NO. 1:25-CV-00683 ) |
| | ) JUDGE: DAVID A. RUIZ |
| Plaintiff, | ) MAGISTRATE: |
| | ) |
| vs. | ) |
| | ) |
| DENISE GAWAJEK, et al., | ) |
| | ) |
| Defendants. | |

**ORDER**

This matter came on for consideration on the Motion of Defendants Jeffrey K. Schmidt and Kelly S. Hesketh for Leave to File their Answer, *Instanter* in the within action. The Court finds said Motion to be well-taken and is hereby granted. Accordingly, Defendants J. Schmidt and K. Hesketh's Answer to the Complaint is hereby deemed properly filed.

IT IS SO ORDERED.

_____  _____
Date                                            JUDGE

**Exhibit B**

1