**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **ATLANTIC COAST LIFE INSURANCE COMPANY,** | ) ) | |
| **Plaintiff,** | ) | **CASE NO. 1:25-CV-00683** |
| **vs.** | ) ) | |
| | ) | **JUDGE DAVID A. RUIZ** |
| **DENISE GAWAJEK,** *et al.,* | ) | |
| **Defendants.** | ) | |

## ORDER OF DEPOSIT AND INVESTMENT 28 U.S.C. § 1335 INTERPLEADER FUNDS

On this day came to be heard Plaintiff Atlantic Coast Life Insurance Company's ("Atlantic Coast") request to deposit interpleader funds meeting the IRS definition of a "disputed ownership fund" (DOF), as defined under 28 U.S.C. § 1335, into the registry of the Court. Said funds shall be held in interest-bearing Government Account Series securities via the Court Registry Investment System (CRIS) administered by the Administrative Office of the United States Courts; it is therefore,

ORDERED that the Clerk accept and deposit into the registry of the Court the deposit made by Plaintiff in this cause of action in the amount of $219,729.34; it is further

ORDERED that the Clerk promptly and properly invest those funds into the CRIS Disputed Ownership Fund. Income generated from the fund investments will be reduced by an annualized 20 basis points on assets on deposit for funds held in the DOF, for the management of investments in the CRIS. According to the Court's Miscellaneous Fee Schedule, the CRIS fee is assessed from interest earnings to the pool before a pro rata distribution of earnings is made to court cases.

IT IS SO ORDERED.


Date: July 10, 2025

*/s/ David A. Ruiz*

_____

JUDGE DAVID A. RUIZ
United States District Judge

23234069 _1