# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
|               , | ) | CASE NO. |
| Plaintiff, | ) | |
| | ) | JUDGE DAVID A. RUIZ |
| v. | ) | |
| | ) | **REPORT OF PARTIES' PLANNING** |
|               , | ) | **MEETING UNDER FED. R. CIV.** |
| | ) | **P. 26 (f) AND L.R. 16.3(b)** |
| Defendant. | ) | |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on _____, 20___, and was attended by:

   _____ counsel for plaintiff(s)

   _____ counsel for plaintiff(s)

   _____ counsel for defendant(s)

   _____ counsel for defendant(s)

2. The parties:

   _____ have exchanged the pre-discovery disclosures required by Rule 26(a)(1) and the Court's prior order;

   _____ will exchange such disclosures by _____,20_____;

1

Attachment 1

_____ have not been required to make initial disclosures.

3. The parties recommend the following track:

   ☐ Expedited   ☐ Standard   ☐ Administrative

   ☐ Complex   ☐ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

   ☐ Early Neutral Evaluation   ☐ Mediation   ☐ Arbitration

   ☐ Summary Jury Trial   ☐ Summary Bench Trial

   ☐ Case Not Suitable for ADR

5. The parties _____ do/_____ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

   (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

   (b) Discovery cut-off date:

7. Recommended dispositive motion date:

8. Recommended cut-off date for amending the pleadings and/or adding additional parties:

9. Recommended date for a Status Hearing:

10. Other matters for the attention of the Court:

11. If applicable, preliminary estimate and/or budget of the amount of anticipated attorney's

fees and expenses pursuant to statutory or case-law authority.  Such estimate shall include but not be limited to the following:

| Attorney's Fees | | Costs | |
|---|---|---|---|
| Preliminary Investigations & Filing of Complaint | $ _____ | Depositions | $ _____ |
| Procedural Motions Practice | $ _____ | Experts | $ _____ |
| Discovery | $ _____ | Witness Fees | $ _____ |
| | | Other | $ _____ |
| | $ | **TOTAL COSTS** | $ _____ |
| Dispositive Motions Practice | $ _____ | | |
| Settlement Negotiations | $ _____ | | |
| Trial | $ _____ | | |
| **TOTAL FEES** | $ _____ | | |

_____
Attorney for Plaintiff

_____
Attorney for Plaintiff

_____
Attorney for Defendant

_____
Attorney for Defendant