IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ATLANTIC COAST LIFE INSURANCE COMPANY, | ) <br> ) CASE NO. 1:25-CV-00683 <br> ) <br> ) |
| Plaintiff, | ) JUDGE DAVID A. RUIZ <br> ) |
| vs. | ) <br> ) |
| DENISE GAWAJEK, *et al.*, | ) <br> ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO CORRECT THE RECORD**

Plaintiff Atlantic Coast Life Insurance Company ("Plaintiff"), by and through the undersigned counsel, respectfully moves this Court for an order correcting the record, specifically: (1) Plaintiff's Interpleader Complaint (Dkt. #1); (2) Plaintiff's Motion for Interpleader Deposit (Dkt. #5); and (3) the Court's Order Authorizing Deposit (Dkt. #9).

Plaintiff asks the record reflect the correct amount paid on Decedent's death (including the amount deposited with the Court) is $206,029.06. As set forth in the supporting *Declaration of Briana Isbell*, the original figure of $219,729.34 did not reflect accumulated additions or deducted withdrawals from Decedent's annuity. When those additions and withdrawals are included, the net corrected amount interpled and deposited should be $206,029.26.

Respectfully submitted,

*/s/ Barry Y. Freeman*
Barry Y. Freeman (0062040)
**ROETZEL & ANDRESS, LPA**
1375 E. 9th Street, 10th Floor
Cleveland, OH 44114
Telephone: (312) 741-0786
Facsimile: (216) 623-0134
Email: bfreeman@ralaw.com

-2-

        Jillian J. Jewett (102599)
        **ROETZEL & ANDRESS, LPA**
        222 S. Main Street, Suite 400
        Akron, OH 44308
        Telephone: (330) 434-7085
        Facsimile: (330) 376-4577
        Email: jjewett@ralaw.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on August 8, 2025, and has been served upon counsel for the parties who have entered an appearance through the Court's electronic filing system, and by regular U.S. mail, postage prepaid, on the following parties:

Jeffrey K. Schmidt
7620 Thompson Rd.
Cincinnati, OH 45247

Kerri A. Schmidt
1817 Shirley Ave.
Hamilton, OH 45011

        Respectfully submitted,

        */s/ Barry Y. Freeman*
        *Counsel for Plaintiff*

23668609