

**ATLANTIC COAST LIFE INSURANCE COMPANY**
**Administrative Office**
**P.O. BOX 27248**
**Salt Lake City, UT 84127-0248**

STANFIELD, KENNETH L                         5/13/2022
6161 VERONICA PL                             Agent Phone:
DAYTON, OH   45459                           937-271-0044



EXHIBIT

A



**ATLANTIC COAST LIFE INSURANCE COMPANY**
**Administrative Office**
**P.O. BOX 27248**
**Salt Lake City, UT 84127-0248**

D E L I V E R Y   R E C E I P T

AGENT:  STANFIELD, KENNETH L

CONTRACT NO.: 02204119079       OWNER: KENNETH H SCHMIDT

I HEREBY ACKNOWLEDGE RECEIPT OF THE ABOVE REFERENCED CONTRACT.

_____    _____         _____
Date             Owner's Signature                      Printed Name



## ATLANTIC COAST LIFE INSURANCE COMPANY

MAY 13, 2022

KENNETH H SCHMIDT
8771 CARROUSEL PARK CIR
CINCINNATI, OH  45251

RE:  Policy# 02204119079

DEAR MR. SCHMIDT:

On behalf of Atlantic Coast Life Insurance Company "Atlantic Coast Life", we
thank you for your recent selection of the Accumulation Protector Plus(sm)
Annuity. Choosing an annuity that meets your individual needs gives you an
opportunity to better prepare for a confident and stable future.

Atlantic Coast Life has been serving families for over 95 years and is
committed to providing peace of mind, state-of-the-art service and competitive
consumer products. We are glad you have chosen Atlantic Coast Life to be your
provider of choice and look forward to providing you with exceptional service
as we strive to meet your changing needs throughout the years.

Please carefully review the enclosed policy. We want to ensure your policy is
exactly as you have requested. If anything is not as you indicated on your
application, please contact your agent or our home office immediately.

If you have any questions concerning the administration of this policy, please
contact:

Atlantic Coast Life Insurance Company
Policy Services
Toll-Free at 844-442-3847

We appreciate your business and hope that you will consider other Atlantic Coast
Life products for your insurance needs. Atlantic Coast Life is a premier
provider of Annuity, Health, and Preneed insurance products throughout the
country. Thank you again for choosing us and welcome to the Atlantic Coast Life
Family!

Sincerely,

Charles E. Sanders
President
Atlantic Coast Life Insurance Company

Enc. - Policy  02204119079

STANFIELD, KENNETH L
6161 VERONICA PL
DAYTON, OH  45459
Telephone: (937)271-0044

# Atlantic Coast Life Insurance Company

**Charleston, South Carolina**
**(A Stock Company)**

Administrative Office
P.O. Box 27248, Salt Lake City, UT, 84127
844-442-3847
www.aclico.com

**For Policyowner Service or Claim Information call 1-844-442-3847**
**You may contact the Ohio Department of Insurance at 1-800-686-1526**

## FIXED INDEX SINGLE PREMIUM DEFERRED ANNUITY CONTRACT WITH PREMIUM BONUS
**with Market Value Adjustment Provision which May Increase or Decrease Cash Surrender Value**

**ATLANTIC COAST LIFE WILL PAY -** the benefits of this Contract, subject to all of its provisions, terms and conditions. We issue this Contract based on the attached Application and payment of the Purchase Premium on or before the Contract Date.

---

**THIRTY ONE DAY RIGHT TO EXAMINE – You may return this Contract to Your producer or Our Administrative Office for up to 31 days after You receive it. Within 10 days We will refund any premium paid. Any Premium Bonus credited to the Contract will not be returned. This Contact will then be null and void.**

---

Signed for Atlantic Coast Life Insurance Company at Salt Lake City, UT, on the Contract Date.

**Charles E. Sanders**
**President**

**George Scarborough**
**Secretary**

**PREMIUM BONUS PROVISION WITH VESTING SCHEDULE**
**WAIVER OF SURRENDER/WITHDRAWAL CHARGES UNDER CERTAIN CONDITIONS**
**NON-PARTICIPATING (NO DIVIDENDS)**

**ALTHOUGH THE VALUES OF THIS CONTRACT *MAY* BE AFFECTED BY AN EXTERNAL INDEX, THE CONTRACT DOES NOT DIRECTLY PARTICIPATE IN ANY STOCK OR EQUITY INVESTMENTS.**
**This is a legal Contract between You and Us.**
**READ YOUR CONTRACT CAREFULLY**

# CONTRACT DATA PAGE

| Owner: | KENNETH H SCHMIDT | Annuitant: | KENNETH H SCHMIDT |
|---|---|---|---|
| Owner's Gender: | Male | Annuitant's Gender: | Male |
| Owner's Date of Birth: | 01/16/1938 | Annuitant's Date of Birth: | 01/16/1938 |
| Owner's Issue Age: | 84 | Annuitant's Issue Age: | 84 |
| Joint Owner: | | Contract Date: | 05/11/2022 |
| Joint Owner's Gender: | | Maturity Date: | 05/11/2038 |
| Joint Owner's Date of Birth: | | Minimum Guaranteed Surrender Value Interest | 1.00% |
| Joint Owner's Issue Age: | | Index for Market Value Adjustments: | Moody's Seasoned Aaa 10 Years |
| Purchase Premium: | $219,729.34 | Surrender Charge Period: | 10 Years |
| + Premium Bonus: | $10,986.47 | Premium Bonus %: | 5.00% |
| =Initial Accumulation Value: | $230,715.81 | Maximum New Owner Age: | 85 |

| PLAN DESCRIPTION | | | |
|---|---|---|---|
| Plan Name: | Accumulation Protector Plus | Contract Number: | 02204119079 |
| Penalty Free Percentage for Withdrawal or Surrender | 5.00% | Minimum Accumulation Value After Withdrawal: | $2,500 |
| Maturity Age: | 100 | Minimum Withdrawal Amount: | $250 |
| Terminal Illness Waiver Eligibility Date: | 05/11/2023 | Nursing Home Waiver Eligibility Date: | 05/11/2023 |

| SURRENDER/ WITHDRAWAL CHARGE PERCENTAGE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Contract Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11+ |
| Surrender/Withdrawal % | 10.0% | 9.0% | 8.0% | 7.0% | 6.0% | 5.0% | 4.0% | 3.0% | 2.0% | 1.0% | 0.0% |

| PREMIUM BONUS VESTING SCHEDULE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Contract Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11+ |
| Vesting % | 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |

**SETTLEMENT OPTION BASIS:**
Table: 2012 IAR Table
Settlement Option Interest Rate: 1.00%

**There may be situations in which the bonus benefit may not be fully earned and You should read the Voluntary Payout Options provision of the Contract carefully.**

**Minimum Guaranteed Surrender Value –** (1) 87.5% of Purchase Premium; less (2) Any Withdrawal amount including any applicable Market Value Adjustment and Surrender/Withdrawal Charges; plus (3) interest credited at the Minimum Guaranteed Surrender Value Interest Rate shown on the Contract Data Page from date Purchase Premium is received and accepted by Us and will in no event be less than the present value, at time of surrender, of the Accumulation Value then guaranteed on the later of the 10th Contract Anniversary or the anniversary next following the Owner's 70th birthday. The present value will be calculated on the basis of an interest rate 1% higher than the interest rate which was used to accumulate the Accumulation Value from the date of Surrender to the later of the 10th Contract Anniversary or the anniversary next following the Owner's 70th birthday. The paid-up annuity, Cash Surrender Values and Death Benefit available under this Contract are not less than the minimum benefits required by the NAIC Standard Nonforfeiture Law for Individual Deferred Annuities, model #805. A detailed description of the method by which these values are computed has been filed with the Interstate Insurance Product Regulation Commission (IIPRC).

Riders:

    Rate Enhancement Rider

# CONTRACT DATA PAGE (continued)

**MARKET VALUE ADJUSTMENT (MVA)**

The Market Value Adjustment factor is based on the Moody's Seasoned Aaa Corporate Bond Yield as follows:

$MVA = (A/B)^t$

Where A is {1 + (the Moody's Seasoned Aaa Corporate Bond Yield on the Contract Date as shown on your Data Contract Page)}
B is {1+ (the Moody's Seasoned Aaa Corporate Bond Yield on the day before the date of Surrender or Withdrawal)}
t is time remaining in the current Surrender Charge Period.

| FIXED ACCOUNT VALUE INFORMATION | |
|---|---|
| **Initial Allocation %:** | .00% |
| **Initial Account Value:** | $.00 |
| **Initial Guarantee Period:** | 1 Year |
| **Minimum Guarantee Period:** | 1 Year |
| **Initial Fixed Account Interest Rate:** | 2.35% |
| **Fixed Account Guaranteed Minimum Interest Rate:** | 1.00% |

| S&P 500® 1 YR POINT-TO-POINT WITH CAP ACCOUNT VALUE INFORMATION | |
|---|---|
| **Initial Allocation %:** | .00% |
| **Initial Account Value:** | $.00 |
| **Initial Index Cap:** | 4.80% |
| **Guaranteed Minimum Cap:** | 1.00% |
| **Index:** | S&P 500® |
| **Index Value on Contract Date:** | 3935.18 |
| **Initial Crediting Segment Length:** | 1 Year |
| **Guaranteed Minimum Crediting Segment Length:** | 1 Year |

| S&P 500® 1 YR POINT-TO-POINT WITH PARTICIPATION RATE ACCOUNT VALUE INFORMATION | |
|---|---|
| **Initial Allocation %:** | .00% |
| **Initial Account Value:** | $.00 |
| **Initial Participation Rate:** | 30.00% |
| **Guaranteed Minimum Participation Rate:** | 10.00% |
| **Index:** | S&P 500® |
| **Index Value on Contract Date:** | 3935.18 |
| **Initial Crediting Segment Length:** | 1 Year |
| **Guaranteed Minimum Crediting Segment Length:** | 1 Year |
| **Endorsement Form Number:** | ICC19-ACLACCFIASPPTPEN |

| S&P 500® 2 YR POINT-TO-POINT WITH PARTICIPATION RATE ACCOUNT VALUE INFORMATION | |
|---|---|
| **Initial Allocation %:** | .00% |
| **Initial Account Value:** | $.00 |
| **Initial Participation Rate:** | 42.00% |
| **Guaranteed Minimum Participation Rate:** | 15.00% |
| **Index:** | S&P 500® |
| **Index Value on Contract Date:** | 3935.18 |
| **Initial Crediting Segment Length:** | 2 Years |
| **Guaranteed Minimum Crediting Segment Length:** | 2 Years |
| **Endorsement Form Number:** | ICC19-ACLACCFIASPPTPEN |

## CONTRACT DATA PAGE (continued)

| CREDIT SUISSE 1 YR POINT-TO-POINT WITH PARTICIPATION RATE ACCOUNT VALUE INFORMATION | |
|---|---|
| Initial Allocation %: | 50.00% |
| Initial Account Value: | $115,357.91 |
| Initial Participation Rate: | 100.00% |
| Initial Participation Rate Guarantee Period: | 10 Years |
| Guaranteed Minimum Participation Rate: | 15.00% |
| Index: | Credit Suisse Momentum |
| Index Value on Contract Date: | 2520.38 |
| Initial Crediting Segment Length: | 1 Year |
| Guaranteed Minimum Crediting Segment Length: | 1 Year |
| Endorsement Form Number: | ICC19-ACLACCFIACSPTPEN |

| CREDIT SUISSE 2 YR POINT-TO-POINT WITH PARTICIPATION RATE ACCOUNT VALUE INFORMATION | |
|---|---|
| Initial Allocation %: | 50.00% |
| Initial Account Value: | $115,357.90 |
| Initial Participation Rate: | 150.00% |
| Initial Participation Rate Guarantee Period: | 10 Years |
| Guaranteed Minimum Participation Rate: | 15.00% |
| Index: | Credit Suisse Momentum |
| Index Value on Contract Date: | 2520.38 |
| Initial Crediting Segment Length: | 2 Years |
| Guaranteed Minimum Crediting Segment Length: | 2 Years |
| Endorsement Form Number: | ICC19-ACLACCFIACSPTPEN |

| CREDIT SUISSE 3 YR POINT-TO-POINT WITH PARTICIPATION RATE ACCOUNT VALUE INFORMATION | |
|---|---|
| Initial Allocation %: | .00% |
| Initial Account Value: | $.00 |
| Initial Participation Rate: | 180.00% |
| Initial Participation Rate Guarantee Period: | 3 Years |
| Guaranteed Minimum Participation Rate: | 15.00% |
| Index: | Credit Suisse Momentum |
| Index Value on Contract Date: | 2520.38 |
| Initial Crediting Segment Length: | 3 Years |
| Guaranteed Minimum Crediting Segment Length: | 3 Years |
| Endorsement Form Number: | ICC19-ACLACCFIACSPTPEN |

| CREDIT SUISSE POINT-TO-POINT WITH TRIGGER ACCOUNT VALUE INFORMATION | |
|---|---|
| Initial Allocation %: | .00% |
| Initial Account Value: | $.00 |
| Initial Trigger Account Interest Rate: | 4.00% |
| Guaranteed Minimum Trigger Account Interest Rate: | 1.00% |
| Initial Trigger Rate: | .00% |
| Guaranteed Minimum Trigger Rate: | .00% |
| Index: | Credit Suisse Momentum |
| Index Value on Contract Date: | 2520.38 |
| Initial Crediting Segment Length: | 1 Year |
| Guaranteed Minimum Crediting Segment Length: | 1 Year |
| Endorsement Form Number: | ICC19-ACLACCFIATEN |

Index-linked returns do not include the portion of returns generated by the underlying Index that come from dividends.

The elements used in determining the credited rate from the index are not guaranteed and can be changed by Us, subject to the guarantees in the Contract, and any such changes can affect the return.

# Table of Contents

CONTRACT DATA PAGE ........................................................................................................................... 2
DEFINITIONS ........................................................................................................................................... 6
GENERAL PROVISIONS .......................................................................................................................... 7
OWNERSHIP, ANNUITANT, AND BENEFICIARY PROVISIONS ............................................................. 9
YOUR VALUES ........................................................................................................................................ 9
   FIXED ACCOUNT ............................................................................................................................... 10
   INDEXED ACCOUNT ......................................................................................................................... 10
ALLOCATIONS ....................................................................................................................................... 11
VOLUNTARY PAYOUT OPTIONS .......................................................................................................... 11
   WITHDRAWAL OPTIONS ................................................................................................................... 11
   PERIODIC PAYMENTS OPTION ....................................................................................................... 12
   SURRENDER OPTIONS .................................................................................................................... 12
   SURRENDER/WITHDRAWAL CHARGE ............................................................................................ 12
   SURRENDER/WITHDRAWAL NONVESTED PREMIUM BONUS AMOUNT ...................................... 12
   MARKET VALUE ADJUSTMENT (MVA) ............................................................................................ 13
TERMINAL ILLNESS WAIVER ............................................................................................................... 13
NURSING HOME WAIVER ..................................................................................................................... 14
MATURITY BENEFIT .............................................................................................................................. 14
   EARLY PAYOUT OPTION .................................................................................................................. 14
SETTLEMENT OPTIONS ........................................................................................................................ 14
DEATH OF OWNER ................................................................................................................................ 15
   PAYMENT OF DEATH BENEFIT ....................................................................................................... 15
   PAYMENT TO BENEFICIARY ........................................................................................................... 16

## DEFINITIONS

**Age** – Age on last birthday.

**Accumulation Value** – The Contract provides an Accumulation Value. At the time this Contract is issued, the Accumulation Value is equal to the Initial Accumulation Value that is shown on the Contract Data Page. Subsequent Accumulation Values shall be determined as described in the section entitled Your Values.

**Administrative Office** – Our administrative office address as shown on the Cover Page of this Contract.

**Annuitant** – The person named as such on the Contract Data Page on whose life the annuity benefit is measured. The Annuitant may or may not be the Owner.

**Beneficiary** – The person or entity designated at the time of the Owner's death to receive the Death Benefit under this Contract. The originally designated Beneficiary is shown in the application, a copy of which is attached. The Beneficiary may be changed according to the Change of Owner or Beneficiary provision. If more than one Beneficiary is named, payment will be made in equal shares unless specified otherwise.

**Business Day** – Each day for which the New York Stock Exchange is open for trading.

**Cash Surrender Value** – The Cash Surrender Value is equal to the greater of (A) the Vested Value, increased or decreased by any Market Value Adjustment, less any Surrender Charge or (B) the Minimum Guaranteed Surrender Value. The Surrender Charge and Market Value Adjustment are described in the section entitled Voluntary Payout Options.

**Contract Anniversary** – The same day and month as the Contract Date in each year subsequent to the Contract Date. During the first Contract Year, the term "last Contract Anniversary" refers to the Contract Date.

**Contract Date** – The date this Contract was issued and the Contract commenced. It is shown on the Contract Data Page.

**Contract Month** – The first Contract Month begins on the Contract Date. Subsequent Contract Months begin on the same day of each subsequent month.

**Contract Year** – The first Contract Year begins on the Contract Date. Subsequent Contract Years begin on the same month and day of each subsequent year.

**Death Benefit** – The amount payable if the Owner, or the Annuitant if the Owner is not a Natural Person, dies before annuity payments begin. It is equal to the greater of the Vested Value or the Minimum Guaranteed Surrender Value determined as of the date of death.

**Index** – The Index for each Index Account shown on the Contract Data Page upon which values are determined. If that Index is no longer offered to us or the calculation of the Index is changed substantially, we will make all reasonable efforts to replace the Index with a substitute index of similar nature. Any substitute index may require different current and guaranteed participation and cap rates than the original Index. The substitute index must be acceptable to and approved by the IIPRC. We will notify You of any substitute index prior to any change.

**Index Date** – The Index Date shall be the same numbered day of each day, month or year as the Contract Date. However, if the same numbered day does not exist in a month or if the Index is not available on that date, the Index Date shall be the first preceding day that does exist and is available.

**Index Value** – The Index Value for any Index Date shall be the closing value of the Index at the end of that Index Date. The Index Value on the Contract Date for each Index Account is shown on the Contract Data Page.

**Internal Revenue Code** – The Internal Revenue Code, as amended, and the tax rules and regulations issued thereunder.

**Market Value Adjustment (MVA)** – An adjustment to the Cash Surrender Value upon Surrender or to a Withdrawal amount based on changes in the MVA Index Rate. The Market Value Adjustment may increase or decrease the Cash Surrender Value or a Withdrawal amount depending on whether the MVA Index Rate falls or rises. The Market Value Adjustment is waived for the Penalty-Free Amount for Withdrawal and the Penalty-Free Amount for Surrender as described under the heading Voluntary Payment Options.

**Maturity Date –** The Contract Anniversary coincident with or following the Owner's 100th birthday, as shown on the Contract Data Page. The Owner must either elect to apply the Accumulation Value to purchase an annuity under one of the available Settlement Options shown in the Maturity Benefit section or receive the Accumulation Value in cash as a lump sum.

**Minimum Guaranteed Surrender Value Interest Rate –** The minimum annual interest rate that is used to compute the Minimum Guaranteed Surrender Value. This rate is shown on the Contract Data Page and is guaranteed for the life of the Contract.

**MVA Index Rate** – The Moody's Seasoned Aaa Corporate Bond Yield, or any substitute index We may adopt as described in the MVA Index Rate section.

**Natural Person –** A human being.

**Owner, You and Your –** The person or entity named as such on the Contract Data Page who possesses all rights and privileges under this Contract. The Owner may be changed according to the Change of Owner or Beneficiary provision. If the Owner is not a Natural Person, it must have a taxpayer identification number. If the Contract Data Page lists more than one Owner, then the terms Owner, You and Your will refer to all Owners.

**Parties –** Owner, Annuitant, Payee, Beneficiary, claimant or heirs, and Atlantic Coast Life Insurance Company.

**Payee** – The person or entity designated by the Owner to receive payments.

**Premium Bonus** – The Premium Bonus is the product of the Premium Bonus Percentage shown on the Contract Data Page and the Purchase Premium. The Premium Bonus is included in the Initial Account Values shown on the Contract Data Page. Premium Bonus is not considered a premium payment but is considered part of interest earnings.

**Proceeds –** The amount payable when: (1) You take a Withdrawal; (2) You Surrender this Contract; (3) an Owner dies; or (4) the Contract matures.

**Purchase Premium –** The money You pay to Us for this Contract, less any applicable premium tax. The Purchase Premium is accepted by Us and credited to your Accumulation Value on the Contract Date.

**Surrender/Withdrawal Charge –** The charge assessed upon Surrender or Withdrawal. We may waive a portion of the Surrender/Withdrawal Charge as described in the Voluntary Payout Options section.

**Vested Value** – The Accumulation Value less the Nonvested Premium Bonus Amount.

**We, Us and Our –** Atlantic Coast Life Insurance Company.

**Written Request –** Instructions received by Us at Our Home Office in writing. A Written Request must be signed and dated by all Owners (and assignees if it is a Written Request to assign this Contract). We reserve the right to reject any Written Requests that are incomplete or unclear.

## GENERAL PROVISIONS

**Entire Contract –** This Contract is issued in consideration of the application and payment of the Purchase Premium. This Contract, the application, a copy of which is attached, and any attached amendments, endorsements and riders make the Entire Contract.

**Contract Changes –** We will change this Contract, as necessary, to conform to changes in any applicable provisions or requirements of the Internal Revenue Code. If such changes are made, We will send an endorsement if such changes are required.

**Incontestability**– This Contract is not contestable.

**Basis of Computations –** A detailed statement of the method of determining values under this Contract has been filed with the Interstate Insurance Product Regulation Commission (IIPRC).

**Annual Report** – At least once each Contract Year, until annuity payments commence, We will provide the Owner with a report of the Accumulation Value of this Contract. The Annual Report will include the Accumulation Value for the beginning and end of the reporting period, all amounts that have been credited or debited against the Accumulation Value during the Contract Year, the Cash Surrender Value at the end of the Contract Year, the Cash Surrender Value prior to the application of any Market Value Adjustment, the Market Value Adjustment amount used to determine the Cash Surrender Value and the Death Benefit at the end of the Contract Year. Upon Written Request, We will provide You with additional reports. We reserve the right to charge you a fee for any additional reports, not to exceed a maximum of $25 per report.

**Arbitration** – Any dispute, controversy or claim, whether contractual or non-contractual, between the Parties, Our parent, affiliates, subsidiaries or agents, arising out of this Contract, relating to the breach or alleged breach of any provision or covenant under this Contract, may be resolved by voluntary binding arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association ("AAA"), pursuant to an Arbitration held in the city or county where the Owner or Beneficiary resides. Any actions, suits or disputes must be brought in Your individual capacity, and not as a plaintiff or class member in any purported class or representative proceeding. The resolution of the dispute by a panel of three (3) neutral arbitrators who are knowledgeable in the field of life insurance and appointed from a panel list provided by the AAA shall be final, binding and fully enforceable by a court of competent jurisdiction. We shall pay the cost of arbitration, to include any deposits or administrative fee required to commence the dispute in arbitration, as well as any other fee, including the arbitrator's fee. The prevailing party shall be entitled to receive from the other party its reasonable attorneys' fees and costs incurred in connection with any action, proceeding or arbitration hereunder.

**Assignment** – No assignment of this Contract shall be binding on Us unless it is a Written Request to assign this Contract that has been recorded at Our Home Office. Any assignment will be subject to any prior assignment of record. We will not assume any responsibility for the validity or sufficiency of an assignment. Any claim under an assignment shall be subject to proof, satisfactory to Us in Our sole discretion, of the assignee's interest. Unless otherwise specified by the Owner in the Written Request, the assignment shall take effect on the date the notice of assignment is signed by the Owner, subject to any payments made or actions taken by Us prior to recording of the Written Request at Our Home Office.

**Currency** – All financial transactions under this Contract are to be made in United States dollars.

**Electronic Delivery** – If You have consented to receive notices and documents from Us electronically, We may provide such notices and documents via e-mail or internet access to Our website. You may revoke such consent to electronic delivery of notices and documents by sending a Written Request to our Home Office or by using any electronic revocation procedure that We may make available on Our website. After We record Your Written Request, We will send future notices and documents to You in paper format.

**Tax Qualification** – The contract benefit and payment provisions should be interpreted consistently with Section 72(s) of the Internal Revenue Code (IRC) minimum distribution provisions. In the event of any conflict between Section 72 of the IRC and the terms of this contract, that section will govern so as to maintain the treatment of this contract as an annuity contract under the IRC. This contract will be considered amended automatically to comply with any changes required to maintain compliance with the IRC.

**Discontinuance of Index** - If the Index shown on the Contract Data Page is no longer published or the calculation of the Index is changed substantially, a substitute index shall be used. The substitute index must be acceptable to and approved by the Interstate Insurance Product Regulation Commission (IIPRC). We will notify You and any assignee of any substitute index prior to any change.

**Misstatement of Age or Gender** – If the Age or Gender of the Annuitant has been misstated, all amounts payable under this Contract shall be those which would be due if the correct Age or Gender status had been stated. Any underpayment by Us shall be paid immediately with interest credited daily at the Minimum Guaranteed Surrender Value Interest rate shown on the Contract Data Page. Any overpayment by Us shall be charged as rapidly as possible against future payments with interest charged daily at the Minimum Guaranteed Surrender Value Interest Rate shown on the Contract Data Page.

**Notices and Directions** – We will not be bound by any authorization, direction, election or notice that is not made by Written Request. No Written Request will be binding on Us unless it has been recorded at Our Home Office. All written notices required of Us by this Contract shall be presumed made on the date of mailing to the last known address of the Owner as shown on Our records.

**Premium Tax** – Some state and local governments tax annuity premiums. Depending on the laws in Your state, such taxes, if any, may be levied either at the time You pay a premium or at the time You receive Proceeds from the Contract. If We incur a premium tax, such premium tax will be charged to You when incurred by Us. If incurred upon Your payment of the Premium, taxes will be deducted from the Purchase Premium before We apply it. If incurred upon Your receipt of Proceeds, taxes will be deducted from those Proceeds otherwise payable.

**Proof of Age and Gender** – We may require proof of any Annuitant's or Payee's Age and gender, including a copy of the Birth Certificate and/or a copy of the state identification of the Annuitant, prior to issue.

**Proof of Survival** – We may require proof that the Annuitant or Payee is alive at the time each annuity payment is payable, including, but not limited to, a sworn, notarized affidavit from the Annuitant or Payee.

**Conformity with Interstate Insurance Product Regulation Standards** – This Contract was approved under the authority of the Interstate Insurance Product Regulation Commission (IIPRC), and issued under the Commission's standards. Any provision of the Contract in conflict with the IIPRC standards for this product type is hereby amended to conform to the IIPRC standards as of the Contract Date.

## OWNERSHIP, ANNUITANT, AND BENEFICIARY PROVISIONS

**Ownership** – During the Owner's lifetime, only the Owner may exercise all rights and privileges under this Contract. A Nonnatural Person may be the Owner only if it holds this Contract, along with benefits payable under this Contract, for the benefit of the Annuitant, a joint annuitant, or both.

**Joint Ownership** – If a Joint Owner is named, then the Owner and Joint Owner must both be named as sole Primary Beneficiaries. The Owner and Joint Owner share an undivided interest in the entire Contract with rights of survivorship. If an Owner and Joint Owner have been named, We will honor requests for changes and exercises of other ownership rights only if made by both the Owner and Joint Owner. If a Joint Owner is named, all references to "Owner" throughout this Contract should be construed to mean both the Owner and Joint Owner.

**Annuitant** – The Annuitant must be a natural person. The Owner may change the Annuitant prior to Maturity or the election of a Settlement Option under the Early Payout Option provision. The request for this change must be made in writing and received by Us at least 30 days prior to Maturity or election of a Settlement Option under the Early Payout Option provision. When the Annuitant dies prior to Maturity or election of a Settlement Option under the Early Payout Option provision, the Owner must name a new Annuitant within 30 days or, if sooner, by the Maturity Date. If a new Annuitant is not named, the Owner (or the oldest Owner if there are Joint Owners) becomes the Annuitant, except where the Owner is not a Natural Person.

**Change of Owner or Beneficiary** – Subject to the prior written consent of any assignee or irrevocable Beneficiary, You may make Written Requests to change the Owner or Beneficiary. A Natural Person may be named as a new Owner only if the Natural Person's age is less than the Maximum New Owner Age shown on the Contract Data Page. We will not be bound by any change unless it is recorded at Our Administrative Office. Unless otherwise specified by the Owner in the Written Request, the change of Owner or Beneficiary shall take effect on the date the Owner signs the Written Request, subject to any payments made or actions taken by Us prior to recording of the Written Request at Our Administrative Office. We are not responsible for tax consequences, if any, from a change in the Owner or Joint Owner.

Changes in Ownership and of a Beneficiary may impact the benefits available under this Contract and an attached Rider or Endorsement. In some cases, the change may cause the Rider, Endorsement and/or benefits under the Rider or Endorsement to terminate. See each Rider or Endorsement for details.

## YOUR VALUES

Your Accumulation Value on the Contract Date is the sum of the Initial Account Values. For subsequent Contract Years, the Accumulation Value is the sum of all Accounts as described below, or as attached by endorsement.

**FIXED ACCOUNT**

**Fixed Account –** The Fixed Account is an account that earns interest at a rate established by Us before the Guarantee Period and will be credited on the daily balance. The Initial Fixed Account Interest Rate is shown on the Contract Data Page and is guaranteed for the Initial Guarantee Period. We will establish the subsequent Fixed Account Interest Rates and Guarantee Periods before each subsequent Guarantee Period and they will be guaranteed for that Guarantee Period. Fixed Account Interest Rates and Guarantee Periods will not be less than the Fixed Account Guaranteed Minimum Interest Rate and Minimum Guarantee Period shown on the Contract Data Page.

On the Contract Date, the value of the Fixed Account shall be the amount shown on the Contract Data Page. The value of the Fixed Account is equal to:

*   The Account Value of the Fixed Account as of the last Contract Anniversary, less

*   Any Withdrawals, including any Surrender/Withdrawal Charges, forfeiture of Nonvested Premium Bonus Amount, and Market Value Adjustments, from the Fixed Account since the last Contract Anniversary, plus

*   Interest on the Fixed Account since the last Contract Anniversary, plus or minus

*   Reallocations made on the last Contract Anniversary to or from the Fixed Account.

**INDEXED ACCOUNT**

**Point-to-Point with Cap Indexed Account –** The Point-to-Point with Cap Account is an Indexed Account that calculates the Indexed Interest based on changes in the Index shown on the Contract Data Page during the Crediting Segment Length. Indexed Interest, if any, will be credited on the Contract Anniversary at the end of each Crediting Segment Length. On the Contract Date, the value of the Point-to-Point with Cap Indexed Account shall be the amount shown on the Contract Data Page.

The value of the Indexed Account is equal to:

*   The Account Value of the Indexed Account as of the last Contract Anniversary, less

*   Any Withdrawals, including any Surrender/Withdrawal Charges, forfeiture of Nonvested Premium Bonus Amount, and Market Value Adjustments, from that Indexed Account since the last Contract Anniversary, plus

*   At the end of each Contract Year, Indexed Interest, if any, for that Contract Year as described below, plus or minus

*   Reallocations, if any, made after the last Contract Anniversary to or from the Indexed Account.

**Indexed Interest -** At the end of each Crediting Segment Length, the Point-to-Point with Cap Indexed Account may be eligible for Indexed Interest. Indexed Interest shall be the product of the value in the Point-to-Point with Cap Indexed Account on the Contract Anniversary at the end of the Crediting Segment Length and the respective Indexed Interest Rate up to the respective Cap for that Crediting Segment Length. No Indexed Interest will be added for any portion of a Crediting Segment Length that includes the date of death or for any Withdrawal Amount taken during the Crediting Segment Length.

**Indexed Interest Rate -** The Indexed Interest Rate shall be the excess of the Index Value on the Contract Anniversary at the end of the Crediting Segment Length over the Index Value on the Contract Anniversary at the beginning of the Crediting Segment Length, divided by the Index Value on the Contract Anniversary at the beginning of the Crediting Segment Length. The Indexed Interest Rate will not be less than zero.

**Cap –** The maximum index-related growth within a given Crediting Segment Length that will be taken into account in computing Indexed Interest. The Initial Index Cap is shown on the Contract Data Page and is guaranteed for the Initial Crediting Segment Length.

We will establish the Caps and Crediting Segment Lengths before each subsequent Crediting Segment Length and they will be guaranteed for that Crediting Segment Length. Caps and Crediting Segment Lengths will not be less than the Guaranteed Minimum Cap and Guaranteed Minimum Crediting Segment Length shown on the Contract Data Page.

## ALLOCATIONS

You must select how the Purchase Premium is to be allocated among the Accounts. You may allocate Your Accumulation Value among one or more Accounts in 1% increments that must total 100%. Your initial selections are shown on the Contract Data Page.

You may elect to reallocate the Accumulation Value at the beginning of each Contract Year. Value within an Indexed Account may only be reallocated on the Contract Anniversary at the end of the Crediting Segment Length. Value may only be reallocated to an Indexed Account on the Contract Anniversary at the beginning of that Indexed Account's Crediting Segment Length. To affect such a reallocation, You must submit a Written Request at least 30 days prior to that Contract Anniversary. If no election has been made, then no reallocation shall take place.

## VOLUNTARY PAYOUT OPTIONS

### WITHDRAWAL OPTIONS

Upon Written Request and before annuity payments commence, You may make a maximum of two Withdrawals each Contract Year providing:

a) Each amount withdrawn is at least the minimum Withdrawal amount shown on the Contract Data Page; and

b) The Accumulation Value remaining after each such Withdrawal is at least the Minimum Accumulation Value After Withdrawal shown on the Contract Data Page.

We shall reduce the Withdrawal amount by any applicable Surrender/Withdrawal Charge and any applicable Nonvested Premium Bonus Amount, as described in the Withdrawal Amount section. We will increase or reduce the Withdrawal amount by any applicable Market Value Adjustment. The Withdrawal Amount including any applicable Surrender/Withdrawal Charge, any applicable Nonvested Premium Bonus Amount, and any applicable Market Value Adjustment shall be applied first to the Fixed Account and then, if necessary, proportionately to the Indexed Accounts. Any amount withdrawn will be paid in a single sum except as provided under the Periodic Payments Option section.

**Withdrawal Amount –** If you request a Withdrawal, You will receive:

A reduced by B reduced by C and either reduced or increased by D where

A = The amount requested for Withdrawal

B = Any applicable Withdrawal Charge

C = The Nonvested Premium Bonus Amount

D = Any applicable Market Value Adjustment

**Penalty-Free Amount for Withdrawal –** The penalty-free amount for Withdrawal is the amount of the Withdrawal that is not subject to a Surrender/Withdrawal Charge, forfeiture of the Nonvested Premium Bonus Amount, or a Market Value Adjustment.

The total amount withdrawn each Contract Year, for which We will waive the Surrender/Withdrawal Charge, forfeiture of the Nonvested Premium Bonus Amount, and Market Value Adjustment, may not exceed:

i. After the first Contract Year, the greater of (a) the product of the Penalty Free Percentage for Withdrawal or Surrender, as shown on the Contract Data Page, and the Accumulation Value at the beginning of the Contract Year or (b) the Required Minimum Distribution (RMD).

ii. The maximum number of withdrawals does not exceed two each Contract Year.

## PERIODIC PAYMENTS OPTION

Periodic Payments Option is not available in the first Contract Year. For a Subsequent Contract Year, You may elect to have the first amount withdrawn in each Contract Year paid periodically in equal monthly or quarterly installments. To make this election, You must make a Written Request at least 30 days prior to the commencement of the Contract Year for which the election is to be effective. We will make periodic payments only by electronic funds transfer and only in equal amounts of not less than $50.00 each. If You die or Surrender this Contract, before we have paid all periodic installments of the amount withdrawn, any unpaid periodic payments shall be included in the computation of the Death Benefit or Cash Surrender Value.

## SURRENDER OPTIONS

Upon Written Request, during the Owner's lifetime and before annuity payments commence, You may Surrender this Contract in full for its Proceeds. The Proceeds at Surrender are equal to the Cash Surrender Value. You may apply that Cash Surrender Value to purchase a Settlement Option. The payment or application of the Cash Surrender Value shall constitute complete settlement of Our liability under this Contract.

We may defer payment of any Surrender Proceeds for up to six months from the date You notify Us, only after We receive written approval of deferral from the Commissioner of Insurance. We will credit Interest on the Surrender Proceeds from the date Surrender is requested to the date Surrender Proceeds are paid at the minimum rate required by the laws of the state in which this Contract was delivered.

**Penalty-Free Amount for Surrender** – The penalty-free amount for Surrender is the amount of the Accumulation Value that is not subject to a Surrender/Withdrawal Charge, forfeiture of the Nonvested Premium Bonus Amount, and a Market Value Adjustment. We will waive the Surrender/Withdrawal Charge, forfeiture of the Nonvested Premium Bonus Amount and Market Value Adjustment on the excess, if any, of A over B where:

A = The Penalty Free Percentage for Withdrawal or Surrender, as shown on the Contract Data Page, times the Accumulation Value at the beginning of the current Contract Year, and

B = The Accumulation Value withdrawn since the last Contract Anniversary upon which the Surrender/Withdrawal Charge, forfeiture of the Nonvested Premium Bonus Amount, and Market Value Adjustment were waived in accordance with the conditions set forth in the Penalty-Free Amount for Withdrawal section.

## SURRENDER/WITHDRAWAL CHARGE

If You request a Surrender or Withdrawal, We will calculate the Surrender/Withdrawal Charge as follows:

(A minus B) multiplied by C multiplied by D where:

A = The Accumulation Value for Surrender or the amount requested for Withdrawal

B = The Penalty-Free Amount for Surrender or Withdrawal

C = Initial Purchase Premium ÷ (Initial Purchase Premium + Premium Bonus)

D = The Surrender/Withdrawal Charge Percentage as shown on the Contract Data Page

After the Surrender Charge Period, the Surrender/Withdrawal Charge no longer applies.

## SURRENDER/WITHDRAWAL NONVESTED PREMIUM BONUS AMOUNT

Should You Surrender or make a Withdrawal from this Contract while the Premium Bonus Vesting Schedule is less than 100%, the amount of the Premium Bonus that is not vested may be forfeited by You. This amount is based on the Premium Bonus Vesting Schedule on the Contract Data Page.

If You request a Surrender or Withdrawal, We will calculate the Nonvested Premium Bonus Amount as follows:

(A minus B) multiplied by C multiplied by (1 – D) where:

   A = The Accumulation Value for Surrender or the amount requested for Withdrawal

   B = The Penalty-Free Amount for Surrender or Withdrawal

   C = Premium Bonus ÷ (Initial Purchase Premium + Premium Bonus)

   D = The Premium Bonus Vesting Schedule Percentage as shown on the Contract Data Page

### MARKET VALUE ADJUSTMENT (MVA)

The period during which the Market Value Adjustment applies is ten years. The Market Value Adjustment does not apply to a limited portion of a Withdrawal or a Surrender amount as described under the headings Penalty-Free Amount for Withdrawal and Penalty-Free Amount for Surrender. Beginning in Contract Year eleven, the Market Value Adjustment no longer applies.

The Market Value Adjustment equals the amount of the Accumulation Value surrendered or withdrawn, minus the Penalty-Free Amount for Surrender or the Penalty-Free Amount for Withdrawal, minus the Surrender Charge, and minus the Nonvested Premium Bonus Amount, multiplied by the MVA factor minus one.

The MVA can be positive or negative and will never cause the Cash Surrender Value to be greater than the Accumulation Value or less than the Minimum Guaranteed Surrender Value. The MVA will also never reduce the Cash Surrender Value by an amount greater than the difference between the Cash Surrender Value, before MVA adjustments, and the Accumulation Value.

We will calculate the MVA factor using the formula provided on the Contract Data Page. If, for any reason, the Moody's Seasoned Aaa Corporate Bond Yield is not available, we will substitute a substantially similar index subject to approval by the Interstate Insurance Product Regulation Commission (IIPRC). We will notify you and any assignee before using a substitute index to calculate the MVA factor.

## TERMINAL ILLNESS WAIVER

If after one (1) Contract Year You are diagnosed with a Terminal Illness, You may make a full surrender or partial withdrawals by Written Request, and We will waive any applicable Surrender/Withdrawal Charge, Market Value Adjustment and forfeiture of Nonvested Premium Bonus Amount. Each amount withdrawn must be at least the Minimum Withdrawal Amount shown on the Contract Data Page.

Terminal Illness shall mean any medical conditions which a physician certifies has reduced Your expected life span to twelve (12) months or less.

You must provide proof of such Terminal Illness which shall include, but not be limited to, (1) certification by a licensed physician who (i) has examined You and is qualified to provide such certification and (ii) is neither the Owner, the Annuitant or a family member of the Owner or the Annuitant and (2) You were not terminally ill within one (1) Contract Year of the Contract Date. We reserve the right to require a second opinion and to have You examined by a licensed physician of our choosing and at our expense. The opinion of the physician that We chose will rule in the event of any conflict.

If the Terminal Illness Waiver request is denied, the full surrender or partial withdrawal proceeds will not be disbursed until You are notified of the denial and provided the opportunity to continue or cancel the surrender or partial withdrawal request including any applicable Surrender/Withdrawal Charge, Market Value Adjustment and forfeiture of Nonvested Premium Bonus Amount.

Termination of the Contract shall not prejudice the Terminal Illness Waiver of any Surrender/Withdrawal Charge, Market Value Adjustment and forfeiture of Nonvested Premium Bonus Amount while the Terminal Illness Waiver was in force.

## NURSING HOME WAIVER

If after one (1) Contract Year, You are confined in a nursing home for a period of at least 90 continuous days, You may make a full surrender or partial withdrawals by Written Request and We will waive any applicable Surrender/Withdrawal Charge, Market Value Adjustment and forfeiture of Nonvested Premium Bonus Amount. Each amount withdrawn must be at least the Minimum Withdrawal Amount shown on the Contract Data Page. The Nursing Home Waiver is not available if You were confined in a nursing home prior to the Contract Date, as shown on the Contract Data Page.

If the Nursing Home Waiver request is denied, the full surrender or partial withdrawal proceeds will not be disbursed until You are notified of the denial and provided the opportunity to continue or cancel the surrender or partial withdrawal request including any applicable Surrender/Withdrawal Charge, Market Value Adjustment and forfeiture of Nonvested Premium Bonus Amount.

Termination of the Contract shall not prejudice the Nursing Home Waiver of any Surrender/Withdrawal Charge, Market Value Adjustment and forfeiture of Nonvested Premium Bonus Amount while the Nursing Home Waiver was in force.

## MATURITY BENEFIT

Unless a different Settlement Option or cash payout has been selected, the Accumulation Value of this Contract will be applied to provide a Life with Ten Years Certain Annuity. You may select a different Settlement Option or cash payout by Written Request at least 30 days prior to the Maturity Date. We will apply the Accumulation Value as a single premium under the selected Settlement Option or as the cash payout. Typical settlement options are described under the Settlement Options section. If applicable, premium taxes will be deducted from the Accumulation Value.

Annuity payments will start on the Maturity Date if the Owner is living and the Contract has not been Surrendered and an Early Payout Option has not been previously selected. The amount and terms of payment shall be determined as of the date payments commence. Once annuity payments have commenced, neither the amount nor the terms of payment may be changed.

### EARLY PAYOUT OPTION

After the fifth Contract Anniversary, You may elect to apply the Vested Value of this Contract as a single premium to purchase one of the Settlement Options described under the Settlement Options section at the guaranteed rate shown in that section. If applicable, premium taxes will be deducted from the Vested Value. Once annuity payments have commenced, neither the amount nor the terms of payment may be changed. The Early Payout Option is not available prior to the fifth Contract Anniversary.

## SETTLEMENT OPTIONS

**Minimum Periodic Payments –** The minimum amount for any periodic payment is $50. We shall decrease the payment frequency, but not less than once per year, in order to satisfy such minimum amount requirement.

**Option 1 – Life Income Only:** We will pay equal monthly payments for the Annuitant's remaining lifetime. Payments end with the payment due just before the Annuitant's death. There is no death benefit under this option.

**Option 2 – Life Income with Guaranteed Period Certain:** We will pay equal monthly payments for the longer of the Annuitant's remaining lifetime or the period certain. If the Annuitant dies after all payments have been made for the period certain, payments shall end with the payment due just before the Annuitant's death.

**Option 3 – Period Certain Only:** We will pay equal monthly payments for a period certain of not less than 10 years and not more than 20 years if elected prior to the fifth Contract Year. After the fifth Contract Year, You may request a period certain of not less than 5 years and not more than 20 years.

**For Options 2 and 3 –** If the Annuitant dies during the period certain, the remaining period certain payments shall be paid to the Beneficiary.

**Other Payout Options –** Upon Written Request, We may consider other payout options or frequency of payment not described in this section.

At the time annuity benefits commence, the annuity benefits will not be less than those that would be provided by the application of the cash surrender value to purchase a single premium immediate annuity contract at purchase rates offered by Us at the time to the same class of annuitants.

**Basis of Computation** – The payment amounts for any option elected will be based on the Table and Settlement Option Interest Rate in the Settlement Option Basis section of the Contract Data Page. The amount of each payment will be based on: (a) the frequency of payment; (b) the age and sex of the payee on the option effective date (for Options 1 and 2); and (c) the period certain, if any elected. Payment amounts will be provided on request.

# DEATH OF OWNER

If any Owner dies on or after the first Proceeds Pay-out, other than a Withdrawal, and before the entire Proceeds have been distributed, the remaining portion will be distributed at least as rapidly as under the method of distribution being used as of the date of the Owner's death.

If any Owner of this Contract dies before any Proceeds Pay-out, other than a Withdrawal, the Death Proceeds are the greater of the Vested Value or the Minimum Guaranteed Surrender Value determined as of the Owner's date of death. We pay the entire Death Proceeds in a lump sum unless the Beneficiary chooses a Settlement Option Pay-out. The entire Death Proceeds must be distributed within 5 years after the death of such Owner.

**Exception for certain amounts payable over the life of a Beneficiary**. If:

- (A) any portion of the Owner's interest is payable to (or for the benefit of) a Designated Beneficiary,
- (B) such portion will be distributed over the life of such Designated Beneficiary (or over a period not extending beyond the life expectancy of such Beneficiary), and
- (C) such distributions begin no later than 1 year after the date of the Owner's death, then for purposes of this paragraph, the portion referred to in subparagraph (A) shall be treated as distributed on the day on which such distributions begin.

**Special rule when surviving spouse is Beneficiary**. If the Designated Beneficiary is the surviving spouse of the deceased Owner, the spouse may elect to continue this Contract as the new Owner. Upon the death of such surviving spouse, We will pay the Death Benefit to the Beneficiary designated by the surviving spouse. The right to continue the Contract as successor Owner may be elected only once.

**Designated Beneficiary**. The term "Designated Beneficiary" means any individual designated as a Beneficiary by the Owner.

### PAYMENT OF DEATH BENEFIT

We will pay the Death Benefit within 60 days of our receipt of all of the following:

- Proof of the Owner's death satisfactory to Us at Our sole discretion;
- Proof of the Beneficiary's identity satisfactory to Us at Our sole discretion;
- A properly completed claim form; and
- This Contract or a lost Contract statement.

An original, certified copy of the Death Certificate issued by the State Office of Vital Records and Statistics is sufficient Proof of Death. We may accept alternative proof at Our sole discretion.

The Death Benefit will continue to earn interest from the date of the Owner's death until the date either a lump sum is paid or a Settlement Option goes into effect. That rate will be the Settlement Option Interest Rate shown on the Contract Data Page.

Additional interest of 10% annually will be added to the Death Benefit beginning with the date that is 31 calendar days from the latest of (a), (b), and (c) below to the date a Settlement Option goes into effect:

- a) The date We receive proof of the Owner's death;
- b) The date We receive sufficient information to determine Our liability, the extent of the liability, and the appropriate payee legally entitled to the Death Benefit; and
- c) The date that legal impediments to payment of any Death Benefit that depend on the action of parties other than Us are resolved and sufficient evidence of the same is provided to Us.

**PAYMENT TO BENEFICIARY**

We will make payment in accordance with the latest Beneficiary designation. The interest of any Beneficiary who dies before the Owner will terminate at the death of such Beneficiary. The interest of any Beneficiary who dies at the time of, or within fifteen days after, the death of the Owner will also terminate if no benefits have been paid to such Beneficiary.

So far as permitted by law, the benefits shall not be subject to any claim of the Beneficiary's creditors.

Notwithstanding any provisions of this Contract to the contrary, any benefits required to be paid under this Contract shall be paid in a manner that satisfies the requirements of Internal Revenue Code (IRC) Section 72(s) or 401(a)(9) as applicable, as amended from time to time. This contract will be considered amended automatically to comply with any changes required to maintain compliance with the IRC.

If this is a qualified Contract, additional options are provided by an attached Endorsement.

**Credit Suisse Disclosure::** The Credit Suisse Momentum index and "Credit Suisse", and any trademarks, service marks and logos related thereto are service marks of Credit Suisse Group AG, Credit Suisse International, or one of their affiliates (collectively, "Credit Suisse"). Credit Suisse has no relationship to Atlantic Coast Life Insurance Company, other than certain hedging arrangements and the licensing of the Credit Suisse Momentum index and its service marks for use in connection with the Accumulation Protector Plus℠ Annuity, and is not a party to any transaction contemplated hereby.

The rules of the Credit Suisse Momentum Index may be amended by Credit Suisse International (the "Index Creator"). An amendment to the rules may result from, without limitation, a change to the construction or calculation rules for the Index or from the Index Creator determining that a change to the rules is required or desirable in order to update them or to address an error, omission or ambiguity. No assurance can be given that any such amendment would not affect parties to this document.

The Index is an excess return index, which means that it reflects the return of components net of the cost of funding a hypothetical investment in them. The Index returns are likely to be negatively affected by such costs of funding. The Index has a 0.5% per annum embedded fee deducted on a daily basis. The index fee will place a drag on the performance of the Index, offsetting any appreciation of its portfolio, exacerbating any depreciation of its portfolio and causing the level of the Index to decline steadily if the value of its portfolio remains relatively constant. The Index also contains embedded transaction costs and holding costs.

While volatility controls may result in less fluctuation in rates of return as compared to indices without volatility controls, they may also reduce the overall rate of return as compared to products not subject to volatility controls.

The end-of-day value of the Credit Suisse Momentum Index is published subject to the provisions in the rules of the Index. Neither the Index Creator nor any of its affiliates is obliged to publish any information regarding the index other than as stipulated in the rules of these indices.

The Accumulation Protector Plus℠ Annuity is not in any way sponsored, endorsed, sold or promoted by Credit Suisse and Credit Suisse does not make any warranty or representation whatsoever, expressly or impliedly, either as to the results to be obtained from the use of the Credit Suisse Momentum Index ("the Index"), the figure at which the said Index stands at any particular time on any particular day or otherwise, or the advisability of or results to be obtained by using, investing in, or trading the Accumulation Protector Plus℠ Annuity. The selection of the Index as a crediting option under the Accumulation Protector Plus℠ Annuity does not obligate Atlantic Coast Life Insurance Company or Credit Suisse to invest premium payments in the components of the Index or in other products linked to the Index. Credit Suisse shall not be liable for the results obtained by using, investing in, or trading the Accumulation Protector Plus℠ Annuity. The Index is compiled, maintained and calculated by Credit Suisse. However, Credit Suisse shall not be liable (whether in negligence or otherwise) to any person for any error in the Index and Credit Suisse shall not be under any obligation to advise any person of any error therein.

Credit Suisse has not published or approved this document and accepts no responsibility for its contents or use. Obligations to make payments under the Accumulation Protector Plus℠ Annuity are solely the obligation of Atlantic Coast Life Insurance Company and are not the responsibility of Credit Suisse.

The Index is the exclusive property of and currently sponsored by the Index Creator. The Credit Suisse Momentum Index is not in any way sponsored, endorsed or promoted by Credit Suisse. Credit Suisse has no obligation to take the needs of any person into consideration in composing, determining or calculating the Index (or causing the Index to be calculated). In addition, Credit Suisse makes no warranty or representation whatsoever, express or implied, as to the results to be obtained from the use of the Index and/or the level at which the Index stands at any particular time on any particular day or otherwise, and Credit Suisse shall not be liable, whether in negligence or otherwise, to any person for any errors or omissions in the Index or in the calculation of the Index or under any obligation to advise any person of any errors or omissions therein. Credit Suisse shall not be liable for the results obtained by using, investing in, or trading the Credit Suisse Momentum Index.

Tax Disclaimer: CSSU does not provide any tax advice. Any tax statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties. Any such statement herein was written to support the marketing or promotion of the transaction(s) or matter(s) to which the statement relates. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. Notwithstanding anything to the contrary herein, each party (and each of their employees, representatives, or other agents) may disclose to any and all persons, without limitation of any kind, the U.S. tax treatment and U.S. tax structure of any transaction that may described or included within the information contained herein relating to such U.S. tax treatment and U.S. tax structure. For this purpose, the tax treatment of a transaction is the purported or claimed U.S. federal income tax treatment of the transaction, and the tax structure of a transaction is any fact that may be relevant to understanding the purported or claimed U.S. federal income tax treatment of any transaction.

ERISA: You understand that (i) neither CS nor any of its affiliates has or exercises investment discretion with respect to any assets on behalf of any employee benefit plans or individual retirement accounts (collectively, "Plans") that may be involved with the purchase, holding, or redemption of a security, (ii) CS is not undertaking to provide impartial investment advice or give advice in a fiduciary capacity on behalf of such Plans within the meaning of the U.S. Department of Labor's final regulation defining "investment advice" for purposes of the Employee Retirement Income Security Act of 1974, as amended and Section 4975 of the Internal Revenue Code of 1986, as amended, and (iii) the information or communication provided herein or otherwise to the Plans or a fiduciary on behalf of any of the Plans is intended to be, and should be construed as, general information, and it does not and will not take into account your legal, regulatory, tax, business, investment, financial, accounting or other needs or priorities with respect to any Plans."

**S&P Disclosure:** The S&P 500® is a product of S&P Dow Jones Indices LLC, a division of S&P Global, or its affiliates ("SPDJI"), and has been licensed for use by Atlantic Coast Life Insurance Company. Standard & Poor's® and S&P® are registered trademarks of Standard & Poor's Financial Services LLC, a division of S&P Global ("S&P"); Dow Jones® is a registered trademark of Dow Jones Trademark Holdings LLC ("Dow Jones"); The trademarks have been licensed for use by SPDJI and sublicensed for certain purposes by Atlantic Coast Life insurance Company. It is not possible to invest directly in an index. Retirement Pathways Multiplier is not sponsored, endorsed, sold or promoted by SPDJI, Dow Jones, S&P, any of their respective affiliates (collectively, "S&P Dow Jones Indices"). S&P Dow Jones Indices does not

make any representation or warranty, express or implied, to the owners of the Retirement Pathways Multiplier or any member of the public regarding the advisability of investing in securities generally or in the Retirement Pathways Multiplier particularly or the ability of the S&P 500® to track general market performance. Past performance of an index is not an indication or guarantee of future results. S&P Dow Jones Indices only relationship to Atlantic Coast Life Insurance Company with respect to the S&P 500® is the licensing of the Index and certain trademarks, service marks and/or trade names of S&P Dow Jones Indices and/or its licensors. The S&P 500® is determined, composed and calculated by S&P Dow Jones Indices without regard to Atlantic Coast Life Insurance Company or the Retirement Pathways Multiplier. S&P Dow Jones Indices has no obligation to take the needs of Atlantic Coast Life Insurance Company or the owners of the Retirement Pathways Multiplier into consideration in determining, composing or calculating the S&P 500®. S&P Dow Jones Indices is not responsible for and has not participated in the determination of the prices, and amount of the Retirement Pathways Multiplier or the timing of the issuance or sale of the Retirement Pathways Multiplier or in the determination or calculation of the equation by which the Retirement Pathways Multiplier is to be converted into cash, surrendered or redeemed, as the case may be. S&P Dow Jones Indices has no obligation or liability in connection with the administration, marketing or trading of the Retirement Pathways Multiplier. There is no assurance that investment products based on the S&P 500® will accurately track index performance or provide positive investment returns. S&P Dow Jones Indices LLC is not an investment or tax advisor. A tax advisor should be consulted to evaluate the impact of any tax-exempt securities on portfolios and the tax consequences of making any particular investment decision. Inclusion of a security within an index is not a recommendation by S&P Dow Jones Indices to buy, sell, or hold such security, nor is it considered to be investment advice.

NEITHER S&P DOW JONES INDICES NOR THIRD PARTY LICENSOR GUARANTEES THE ADEQUACY, ACCURACY, TIMELINESS AND/OR THE COMPLETENESS OF THE S&P 500® OR ANY DATA RELATED THERETO OR ANY COMMUNICATION, INCLUDING BUT NOT LIMITED TO, ORAL OR WRITTEN COMMUNICATION (INCLUDING ELECTRONIC COMMUNICATIONS) WITH RESPECT THERETO. S&P DOW JONES INDICES SHALL NOT BE SUBJECT TO ANY DAMAGES OR LIABILITY FOR ANY ERRORS, OMISSIONS, OR DELAYS THEREIN. S&P DOW JONES INDICES MAKES NO EXPRESS OR IMPLIED WARRANTIES, AND EXPRESSLY DISCLAIMS ALL WARRANTIES, OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE OR AS TO RESULTS TO BE OBTAINED BY ATLANTIC COAST LIFE INSURANCE COMPANY, OWNERS OF THE RETIREMENT PATHWAYS MULTIPLIER, OR ANY OTHER PERSON OR ENTITY FROM THE USE OF THE S&P 500® OR WITH RESPECT TO ANY DATA RELATED THERETO. WITHOUT LIMITING ANY OF THE FOREGOING, IN NO EVENT WHATSOEVER SHALL S&P DOW JONES INDICES BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES INCLUDING BUT NOT LIMITED TO, LOSS OF PROFITS, TRADING LOSSES, LOST TIME OR GOODWILL, EVEN IF THEY HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER IN CONTRACT, TORT, STRICT LIABILITY, OR OTHERWISE. THERE ARE NO THIRD PARTY BENEFICIARIES OF ANY AGREEMENTS OR ARRANGEMENTS BETWEEN S&P DOW JONES INDICES AND ATLANTIC COAST LIFE INSURANCE COMPANY, OTHER THAN THE LICENSORS OF S&P DOW JONES INDICES.

# Atlantic Coast Life Insurance Company

**Charleston, South Carolina
(A Stock Company)**

Administrative Office
P.O. Box 27248, Salt Lake City, UT, 84127
844-442-3847
www.aclico.com

**FIXED INDEX SINGLE PREMIUM DEFERRED ANNUITY CONTRACT WITH PREMIUM BONUS
with Market Value Adjustment Provision which May Increase or Decrease Cash Surrender Value**

**PREMIUM BONUS PROVISION WITH VESTING SCHEDULE**

**WAIVER OF SURRENDER/WITHDRAWAL CHARGES UNDER CERTAIN CONDITIONS
NON-PARTICIPATING (NO DIVIDENDS)
ALTHOUGH THE VALUES OF THIS CONTRACT *MAY* BE AFFECTED BY AN EXTERNAL INDEX, THE CONTRACT
DOES NOT DIRECTLY PARTICIPATE IN ANY STOCK OR EQUITY INVESTMENTS.**

# Atlantic Coast Life Insurance Company

**Charleston, South Carolina**
**(A Stock Company)**

Administrative Office
P.O. Box 27248, Salt Lake City, UT, 84127
844-442-3847
www.aclico.com

## S&P 500® POINT-TO-POINT WITH PARTICIPATION RATE CREDITING METHOD ENDORSEMENT

The following provision is added to the **INDEXED ACCOUNT** section of the policy:

**Point-to-Point with Participation Rate Account** – The Point-to-Point with Participation Rate Accounts are Indexed Accounts that calculate the Indexed Interest based on changes in the Index shown on the Policy Data Page. Indexed Interest, if any, will be credited on the Contract Anniversary at the end of each Crediting Segment Length. On the Contract Date, the value of the Point-to-Point with Participation Rate Account shall be the amount shown on the Contract Data Page.

The value of the Indexed Account is equal to:

- The Account Value of the Indexed Account as of the last Contract Anniversary, less
- Any Withdrawals, including any Surrender/Withdrawal Charges, forfeiture of Nonvested Premium Bonus Amount, and Market Value Adjustments, from that Indexed Account since the last Contract Anniversary, plus
- At the end of each Contract Year, Indexed Interest, if any, for that Contract Year as described below, plus or minus
- Reallocations made after the last Contract Anniversary to or from the Indexed Account.

**Indexed Interest** - At the end of each Crediting Segment Length, the Point-to-Point with Participation Rate Account may be eligible for Indexed Interest. Indexed Interest shall be the product of the value in the Point-to-Point with Participation Rate Account on the Contract Anniversary at the end of the Crediting Segment Length and the respective Indexed Interest Rate multiplied by the respective Participation Rate. No Indexed Interest will be added for any portion of a Crediting Segment Length that includes the date of death or for any Withdrawal Amount taken during the Crediting Segment Length.

**Indexed Interest Rate** - The Indexed Interest Rate shall be the excess of the Index Value on the Contract Anniversary at the end of the Crediting Segment Length minus the Index Value on the Contract Anniversary at the beginning of the Crediting Segment Length, divided by the Index Value on the Contract Anniversary at the beginning of the Crediting Segment Length. The Indexed Interest Rate will not be less than zero.

**Participation Rate** – The percentage of the Indexed Interest rate within a given Crediting Segment Length that will be taken into account in computing the Indexed Interest. The Initial Participation Rate is shown on the Contract Data Page and is guaranteed for the Initial Crediting Segment Length.

We will establish the Participation Rates and Crediting Segment Lengths before each subsequent Crediting Segment Length and they will be guaranteed for that Crediting Segment Length. The Participation Rates and Crediting Segment Lengths will not be less than the Guaranteed Minimum Participation Rate and the Guaranteed Minimum Crediting Segment Length shown on the Contract Data Page.

In all other respects, the policy form remains unchanged.

**Atlantic Coast Life Insurance Company**

**Charles E. Sanders**
**President**

**George Scarborough**
**Secretary**

ICC19-ACLACCFIASPPTPEN

# Atlantic Coast Life Insurance Company

**Charleston, South Carolina**
**(A Stock Company)**

Administrative Office
P.O. Box 27248, Salt Lake City, UT, 84127
844-442-3847
www.aclico.com

## CREDIT SUISSE POINT-TO-POINT WITH PARTICIPATION RATE CREDITING METHOD ENDORSEMENT

The following provision is added to the **INDEXED ACCOUNT** section of the policy:

**Point-to-Point with Participation Rate Account** – The Point-to-Point with Participation Rate Accounts are Indexed Accounts that calculate the Indexed Interest based on changes in the Index shown on the Policy Data Page. Indexed Interest, if any, will be credited on the Contract Anniversary at the end of each Crediting Segment Length. On the Contract Date, the value of the Point-to-Point with Participation Rate Account shall be the amount shown on the Contract Data Page.

The value of the Indexed Account is equal to:

- The Account Value of the Indexed Account as of the last Contract Anniversary, less
- Any Withdrawals, including any Surrender/Withdrawal Charges, forfeiture of Nonvested Premium Bonus Amount, and Market Value Adjustments, from that Indexed Account since the last Contract Anniversary, plus
- At the end of each Contract Year, the Indexed Interest, if any, for that Contract Year as described below, plus or minus
- Reallocations made after the last Contract Anniversary to or from the Indexed Account.

**Indexed Interest -** At the end of each Crediting Segment Length, the Point-to-Point with Participation Rate Account may be eligible for Indexed Interest. Indexed Interest shall be the product of the value in the Point-to-Point with Participation Rate Account on the Contract Anniversary at the end of the Crediting Segment Length and the respective Indexed Interest Rate multiplied by the respective Participation Rate. No Indexed Interest will be added for any portion of a Crediting Segment Length that includes the date of death or for any Withdrawal Amount taken during the Crediting Segment Length.

**Indexed Interest Rate -** The Indexed Interest Rate shall be the excess of the Index Value on the Contract Anniversary at the end of the Crediting Segment Length minus the Index Value on the Contract Anniversary at the beginning of the Crediting Segment Length, divided by the Index Value on the Contract Anniversary at the beginning of the Crediting Segment Length. The Indexed Interest Rate will not be less than zero.

**Participation Rate** – The percentage of the Indexed Interest rate within a given Crediting Segment Length that will be taken into account in computing the Indexed Interest. The Initial Participation Rate is shown on the Contract Data Page and is guaranteed for the Initial Participation Rate Guaranteed Period as long as the Index continues to be offered to us or the calculation of the Index is not changed substantially.

We will establish the Participation Rates and Crediting Segment Lengths before each subsequent Crediting Segment Length and they will be guaranteed for that Crediting Segment Length. The Participation Rates and Crediting Segment Lengths will not be less than the Guaranteed Minimum Participation Rate and the Guaranteed Minimum Crediting Segment Length shown on the Contract Data Page.

In all other respects, the policy form remains unchanged.

**Atlantic Coast Life Insurance Company**

**Charles E. Sanders**
**President**

**George Scarborough**
**Secretary**

ICC19-ACLACCFIACSPTPEN

# Atlantic Coast Life Insurance Company

**Charleston, South Carolina**
**(A Stock Company)**

Administrative Office
P.O. Box 27248, Salt Lake City, UT, 84127
844-442-3847
www.aclico.com

## POINT-TO-POINT WITH TRIGGER CREDITING METHOD ENDORSEMENT

The following provision is added to the **INDEXED ACCOUNT** section of the policy:

**Point-to-Point with Trigger Account** – The Point-to-Point with Trigger Accounts are Indexed Accounts that credit the Indexed Interest based on changes in the Index shown on the Policy Data Page. Indexed Interest, if any, will be credited on the Contract Anniversary at the end of each Crediting Segment Length. On the Contract Date, the value of the Point-to-Point with Trigger Account shall be the amount shown on the Contract Data Page.

The value of the Indexed Account is equal to:

- The Account Value of the Indexed Account as of the last Contract Anniversary, less
- Any Withdrawals, including any Surrender/Withdrawal Charges, forfeiture of Nonvested Premium Bonus Amount, and Market Value Adjustments, from that Indexed Account since the last Contract Anniversary, plus
- At the end of each Contract Year, Indexed Interest, if any, for that Contract Year as described below, plus or minus
- Reallocations made after the last Contract Anniversary to or from the Indexed Account.

**Indexed Interest** – At the end of each Crediting Segment Length, the Point-to-Point with Trigger Account may be eligible for Indexed Interest. Indexed Interest shall be the product of the value in the Point-to-Point with Trigger Account on the Contract Anniversary at the end of the Crediting Segment Length and the respective Indexed Interest Rate. No Indexed Interest will be added for any portion of a Crediting Segment Length that includes the date of death or for any Withdrawal Amount taken during the Crediting Segment Length.

**Indexed Interest Rate** – If the Index Value on the Contract Anniversary at the end of the Crediting Segment Length minus the Index Value on the Contract Anniversary at the beginning of the Crediting segment Length, divided by the Index Value on the Contract Anniversary at the beginning of the Crediting Segment Length is equal to or greater than the Trigger Rate for that Crediting Segment Length, then the Trigger Account Indexed Interest Rate will be credited to the Trigger Account, otherwise zero will be credited (i.e. no credit). The Trigger Account Indexed Interest Rate is a rate established by Us before the Contract Anniversary at the beginning of each Crediting Segment Length. The Initial Trigger Account Indexed Interest Rate and the Initial Trigger Rate are shown on the Contract Data Page and are guaranteed for the Initial Crediting Segment Length as long as Credit Suisse continues to hedge the Index for us.

We will establish the Indexed Interest Rates, Trigger Rates, and Crediting Segment Lengths before each subsequent Crediting Segment Length, and they will be guaranteed for that Crediting Segment Length. The Indexed Interest Rates, Trigger Rates, and Crediting Segment Lengths will not be less than the Guaranteed Minimum Indexed Interest Rate, Guaranteed Minimum Trigger Rate, and the Guaranteed Minimum Crediting Segment Length shown on the Contract Data Page.

In all other respects, the policy form remains unchanged.

**Atlantic Coast Life Insurance Company**

Charles E. Sanders

George Scarborough

**Charles E. Sanders**
**President**

**George Scarborough**
**Secretary**

ICC19-ACLACCFIATEN

# Atlantic Coast Life Insurance Company

**Charleston, South Carolina**
**(A Stock Company)**

Administrative Office
P.O. Box 27248, Salt Lake City, UT, 84127
844-442-3847
www.aclico.com

**For Policyowner Service or Claim Information call 1-844-442-3847**

Signed for Atlantic Coast Life Insurance Company at Salt Lake City, UT, on the Contract Date.

**Charles E. Sanders**
**President**

**George Scarborough**
**Secretary**

## RATE ENHANCEMENT RIDER

This Rider is a legal contract between You and Us. Unless stated otherwise in this Rider, all provisions and limitations of the Base Contract apply to this Rider. In the event of a conflict between this Rider and any terms in the Base Contract, the terms of this Rider will control.

# RATE ENHANCEMENT DATA PAGE

| Owner: | KENNETH H SCHMIDT | **Annuitant:** | KENNETH H SCHMIDT |
|---|---|---|---|
| **Joint Owner:** | | | |
| **Plan Description** | | | |
| **Base Contract Name:** | Accumulation Protector Plus | **Base Contract Number:** | 02204119079 |
| **Rider Effective Date:** | 05/11/2022 | **Cost of Benefit:** | .95% |
| **Step-Up Factor** | 110% | **Maximum Cost of Benefit:** | .95% |
| **Step-Up Period** | 10 Years | | |

Cost of Benefit: The Cost of Benefit indicated is guaranteed for the initial Crediting Segment Length. After each Crediting Segment Length, the Cost of Benefit may change, not to exceed the Maximum Cost of Benefit.

| FIXED ACCOUNT VALUE INFORMATION | |
|---|---|
| **Base Contract Initial Fixed Account Interest Rate:** | 2.35% |
| **Rate Enhancement Benefit:** | .85% |
| **Rate Enhancement Initial Fixed Account Interest Rate:** | 3.20% |

| POINT-TO-POINT WITH CAP ACCOUNT VALUE INFORMATION | |
|---|---|
| **Base Contract Initial Index Cap:** | 4.80% |
| **Rate Enhancement Benefit:** | 1.20% |
| **Rate Enhancement Initial Index Cap:** | 6.00% |

| S&P 500® 1YR POINT-TO-POINT WITH PARTICIPATION RATE ACCOUNT VALUE INFORMATION | |
|---|---|
| **Base Contract Initial Participation Rate:** | 30.00% |
| **Rate Enhancement Benefit:** | 8.00% |
| **Rate Enhancement Initial Participation Rate:** | 38.00% |

| S&P 500® 2 YR POINT-TO-POINT WITH PARTICIPATION RATE ACCOUNT VALUE INFORMATION | |
|---|---|
| **Base Contract Initial Participation Rate:** | 42.00% |
| **Rate Enhancement Benefit:** | 13.00% |
| **Rate Enhancement Initial Participation Rate:** | 55.00% |

| CREDIT SUISSE 1 YR POINT-TO-POINT WITH PARTICIPATION RATE ACCOUNT VALUE INFORMATION | |
|---|---|
| **Base Contract Initial Participation Rate:** | 100.00% |
| **Rate Enhancement Benefit:** | 40.00% |
| **Rate Enhancement Initial Participation Rate:** | 140.00% |

| CREDIT SUISSE 2 YR POINT-TO-POINT WITH PARTICIPATION RATE ACCOUNT VALUE INFORMATION | |
|---|---|
| **Base Contract Initial Participation Rate:** | 150.00% |
| **Rate Enhancement Benefit:** | 50.00% |
| **Rate Enhancement Initial Participation Rate:** | 200.00% |

| CREDIT SUISSE 3 YR POINT-TO-POINT WITH PARTICIPATION RATE ACCOUNT VALUE INFORMATION | |
|---|---|
| **Base Contract Initial Participation Rate:** | 180.00% |
| **Rate Enhancement Benefit:** | 70.00% |
| **Rate Enhancement Initial Participation Rate:** | 250.00% |

| CREDIT SUISSE POINT-TO-POINT WITH TRIGGER ACCOUNT VALUE INFORMATION | |
|---|---|
| **Base Contract Initial Trigger Account Interest Rate:** | 4.00% |
| **Rate Enhancement Benefit:** | 1.50% |
| **Rate Enhancement Initial Trigger Account Interest Rate:** | 5.50% |

| PENALTY FREE PERCENTAGE FOR WITHDRAWAL OR SURRENDER | |
|---|---|
| **Base Contract Penalty Free Percentage:** | 5.00% |
| **Rate Enhancement Benefit:** | 5.00% |
| **Rate Enhancement Penalty Free Percentage:** | 10.00% |

# Table of Contents

RATE ENHANCEMENT DATA PAGE..............................................................................................................................2

DEFINITIONS ...............................................................................................................................................................4

RATE ENHANCEMENT BENEFIT.................................................................................................................................4

SURVIVING SPOUSE CONTINUATION OF BENEFITS................................................................................................4

ANNUAL CHARGE FOR THIS RIDER .........................................................................................................................4

ACCUMULATION VALUE STEP-UP.............................................................................................................................4

TERMINATION..............................................................................................................................................................4

## DEFINITIONS

Any capitalized terms used in this Rider and not defined in this Rider have the meanings given to them in the Base Contract.

**Base Contract**– The annuity Contract identified on the Rate Enhancement Data Page.

## RATE ENHANCEMENT BENEFIT

This Rider applies an increase to the Cap, Participation Rate, and Interest Rate to any applicable Indexed Account. This Rider also applies an increase to the Penalty Free Percentage for Withdrawal or Surrender.

## SURVIVING SPOUSE CONTINUATION OF BENEFITS

This Rider terminates at the death of any Owner unless the Owner's surviving spouse is the sole Beneficiary and elects to become the Owner and Annuitant of the Base Contract.

The right to continue this Rider as the successor Owner may be elected only once. It may not be exercised a second time if the surviving spouse elects to continue this Rider as the successor Owner, remarries and then dies.

## ANNUAL CHARGE FOR THIS RIDER

On each Contract Anniversary for as long as this Rider is in force and the Accumulation Value is greater than zero, We will deduct a charge from the Index Account. The charge will be equal to the value of the Index Account on the Contract Anniversary, multiplied by the Cost of Benefit shown on the Rate Enhancement Data Page. This charge will also be deducted (1) upon the payment of any amounts payable at death, (2) upon a full Surrender from the Base Contract or (3) at the Maturity Date if the entire Vested Value is applied to a Settlement Option. The charge will be applied to the Fixed Account and Indexed Accounts proportionately.

After each Crediting Segment Length for each Index Account, We may, at Our discretion, change the Cost of Benefit for the Index Account not to exceed the Maximum Cost of Benefit shown on the Rate Enhancement Data Page. If We decide to change the Cost of Benefit, We will send notice, with the new Cost of Benefit, to the Owner at least 30 days prior to the end of the Index Account's Crediting Segment Length.

## ACCUMULATION VALUE STEP-UP

We will recalculate the amount of the Accumulation Value at the end of the Step-Up Period to equal the greater of the following:

(a) The current Accumulation Value, or
(b) The Initial Purchase Premium less any Withdrawals, applicable Surrender/Withdrawal Charges, applicable Nonvested Premium Bonus Amount, and Market Value Adjustment multiplied by the Step-Up Factor shown on the Rate Enhancement Data Page. The amount of the Accumulation Value Step-Up benefit is not considered a premium payment, but is considered part of interest earnings.

## TERMINATION

This Rider terminates if any of the following events occur:

- You choose to cancel this Rider,
- Any Owner dies (unless a surviving spouse continues this Rider as permitted by the Surviving Spouse Continuation of Benefits section),
- The Accumulation Value is reduced to zero,
- The Base Contract terminates prior to Maturity,
- The death of a surviving spouse,
- The application of a Settlement Option under the Base Contract,
- The Cash Surrender Value is paid in cash as a lump sum, or

If the Owner is not a Natural Person, the Annuitant's death will be treated as the death of the Owner. This Rider will terminate on the Maturity Date. If You elect a Settlement Option under the Base Contract, this Rider will terminate.

When this Rider terminates, the charge for this Rider shall terminate.

**This Rider has no Cash Surrender Value or other non-forfeiture benefits. Once this Rider is terminated it may not be reinstated**

# INDIVIDUAL RETIREMENT ANNUITY DISCLOSURE STATEMENT

This disclosure statement explains the rules governing a Traditional IRA. The term IRA will be used in this disclosure statement to refer to a Traditional IRA (under Internal Revenue Code Section (IRC Sec.) 408(b)) unless specified otherwise.

## RIGHT TO REVOKE YOUR IRA

You have the right to revoke your IRA within seven days of the receipt of the disclosure statement. If revoked, you are entitled to a full return of the Premiums you made to your IRA. The amount returned to you would not include an adjustment for such items as sales commissions, administrative expenses, or fluctuation in market value. You may make this revocation only by mailing or delivering a written notice to the Issuer at the address listed on the application.

If you send your notice by first class mail, your revocation will be deemed mailed as of the postmark date.

If you have any questions about the procedure for revoking your IRA, please call the Issuer at the telephone number listed on the application.

## REQUIREMENTS OF AN IRA

A. **Cash Premiums** – Your Premium must be in cash, unless it is a rollover.

B. **Maximum Premium** – The total amount you may contribute to an IRA for any taxable year cannot exceed the lesser of 100 percent of your compensation or $6,000 for 2019 and 2020, with possible cost-of-living adjustments each year thereafter. If you also maintain a Roth IRA (i.e., an IRA subject to the limits of IRC Sec. 408A), the maximum Premium to your Traditional IRAs is reduced by any Premiums you make to your Roth IRAs. Your total annual Premiums to all Traditional IRAs and Roth IRAs cannot exceed the lesser of the dollar amounts described above or 100 percent of your Compensation.

C. **Premium Eligibility** – For tax years beginning before 2020, you are eligible to make a regular Premium to your IRA if you have Compensation and have not attained age 70½ by the end of the taxable year for which the Premium is made. For 2020 and later tax years, you may make a regular Premium to your IRA at any age if you have Compensation.

D. **Catch-Up Premiums** – If you are age 50 or older by the close of the taxable year, you may make an additional Premium to your IRA. The maximum additional Premium is $1,000 per year.

E. **Nonforfeitability** – Your interest in your IRA is nonforfeitable.

F. **Commingling Assets** – The assets of your IRA cannot be commingled with other property except in a common trust fund or common investment fund.

G. **Life Insurance** – No portion of your IRA may be invested in life insurance contracts.

H **Refund of Premiums** – Any refund of Premiums must be applied before the close of the calendar year following the year of the refund toward the payment of future Premiums or the purchase of additional benefits.

I. **Collectibles** – You may not invest the assets of your IRA in collectibles (within the meaning of IRC Sec. 408(m)). A collectible is defined as any work of art, rug or antique, metal or gem, stamp or coin, alcoholic beverage, or other tangible personal property specified by the Internal Revenue Service (IRS). However, specially minted United States gold and silver coins, and certain state-issued coins are permissible investments. Platinum coins and certain gold, silver, platinum, or palladium bullion (as described in IRC Sec. 408(m)(3)) are also permitted as IRA investments.

J. **Required Minimum Distributions During Your Lifetime** – You are required to take minimum distributions from your IRA at certain times in accordance with Treasury Regulation 1.408-8. Below is a summary of the IRA distribution rules.

1. If you were born before July 1, 1949, you are required to take a minimum distribution from your IRA for the year in which you reach age 70½ and for each year thereafter. You must take your first distribution by your required beginning date, which is April 1 of the year following the year you attain age 70½. If you were born on or after July 1, 1949, you are required to take a minimum distribution from your IRA for the year in which you reach age 72 and for each year thereafter. You must take your first distribution by your required beginning date, which is April 1 of the year following the year you attain age 72. Minimum distributions may be taken by annuitizing your contract to receive a series of periodic distributions made at intervals not longer than one year. The first distribution that must be made must be the distribution that is required for one payment interval. Payment intervals are the periods for which distributions are made to you (e.g., bimonthly, monthly, etc.). The second distribution need not be made until the end of the next payment interval.

   The size of your distributions will depend on the rate of return, your age (and the ages of your Beneficiaries) the amount of Premiums you have made to your IRA, and your distribution option. Your distributions must be made at intervals not longer than one year, over your life or the life of you and your Beneficiary. Distributions may also be made over a period certain not longer than your life expectancy or the joint life expectancy of you and your Beneficiary determined using the Uniform Lifetime Table provided by the IRS.

2. If you do not annuitize your IRA, the minimum distribution for any taxable year is equal to the amount obtained by dividing the IRA balance at the end of the prior year by the applicable divisor.

   The applicable divisor is generally determined using the Uniform Lifetime Table provided by the IRS. The table assumes a Beneficiary exactly 10 years younger than you, regardless of who is named as your Beneficiary, if any. If your spouse is your sole Beneficiary for the entire calendar year, and is more than 10 years younger than you, the required minimum distribution is determined each year using the actual joint life expectancy of you and your spouse, obtained from the Joint Life Expectancy Table provided by the IRS, rather than the life expectancy divisor from the Uniform Lifetime Table.

3. We reserve the right to do any one of the following by your required beginning date.

   (a) Make no distribution until you give us a proper withdrawal request

   (b) Distribute your entire IRA to you in a single sum payment

   (c) Determine your required minimum distribution each year based on your life expectancy, calculated using the Uniform Lifetime Table, and pay those distributions to you until you direct otherwise, or

   (d) Annuitize your IRA.

   If you fail to remove a required minimum distribution, an additional penalty tax of 50 percent is imposed on the amount of the required minimum distribution that should have been taken but was not. You must file IRS Form 5329 along with your income tax return to report and remit any additional taxes to the IRS.

K. **Beneficiary Distributions** – Upon your death, your beneficiaries are required to take distributions according to IRC Sec. 401(a)(9) and Treasury Regulations. These requirements are described below.

1. **Death of IRA Owner Before January 1, 2020.** Your Designated Beneficiary is determined based on the Beneficiaries designated as of the date of your death, who remain your Beneficiaries as of September 30 of the year following the year of your death.

   If you die on or after your required beginning date, distributions must be made to your Beneficiaries over the contract option chosen. If distributions are not made in the form of an annuitized payment, distributions must be made over the longer of the single life expectancy of your Designated Beneficiaries, or your remaining life expectancy. If a Beneficiary other than a person or qualified trust as defined in the Treasury Regulations is named, you will be treated as having no Designated Beneficiary of your IRA for purposes of determining the distribution period. If there is no Designated Beneficiary of your IRA, distributions will commence using your single life expectancy, reduced by one in each subsequent year.

   If you die before your required beginning date, the entire amount remaining in your IRA will, at the election of your Designated Beneficiaries, either

   (a) be distributed by December 31 of the year containing the fifth anniversary of your death, or

   (b) be distributed over the remaining life expectancy of your Designated Beneficiaries.

   If your spouse is your sole Designated Beneficiary, he or she must elect either option (a) or (b) by the earlier of December 31 of the year containing the fifth anniversary of your death, or December 31 of the year life expectancy payments would be required to begin. Your Designated Beneficiaries, other than a spouse who is the sole Designated Beneficiary, must elect either option (a) or (b) by December 31 of the year following the year of your death. If no election is made, distribution will be calculated in accordance with option (b). In the case of distributions under option (b), distributions must commence by December 31 of the year following the year of your death. Generally, if your spouse is the Designated Beneficiary, distributions need not commence until December 31 of the year you would have attained age 72 (age 70½ if you would have attained age 70½ before 2020), if later. If a Beneficiary other than a person or qualified trust as defined in the Treasury Regulations is named, you will be treated as having no Designated Beneficiary of your IRA for purposes of determining the distribution period. If there is no Designated Beneficiary of your IRA, the entire IRA must be distributed by December 31 of the year containing the fifth anniversary of your death.

2. **Death of IRA Owner On or After January 1, 2020.** The following requirements will not apply to a qualified annuity that is a binding annuity contract in effect as of December 20, 2019 and at all times thereafter (instead, such annuity will be subject to the requirements in part 1 of this section, above). A qualified annuity means, with respect to the IRA owner, an annuity

   (a) which is a commercial annuity (as defined in IRC Sec. 3405(e)(6))

   (b) under which the annuity payments are made over the life of the IRA owner or over the joint lives of the IRA owner and a Designated Beneficiary (or over a period not extending beyond the life expectancy of the IRA owner or the joint life expectancy of the IRA owner and a Designated Beneficiary), in accordance with the regulations described in IRC Sec. 401(a)(9)(A)(ii) (as in effect before the SECURE Act amendments to the Beneficiary payment requirements) and which meets the other requirements of IRC Sec. 401(a)(9) with respect to such payments, and

   (c) with respect to which
   (i) annuity payments have begun to the IRA owner before December 20, 2019, and the IRA owner has made an

   irrevocable election before such date as to the method and amount of the annuity payments to the IRA owner or any Designated Beneficiaries, or

   (ii) if payments have not begun, the IRA owner has made an irrevocable election before December 20, 2019, as to the method and amount of the annuity payments to the IRA owner or any Designated Beneficiaries.

   The entire amount remaining in your IRA will generally be distributed by December 31 of the year containing the tenth anniversary of your death unless you have an eligible Designated Beneficiary or you have no Designated Beneficiary for purposes of determining a distribution period. This requirement applies to Beneficiaries regardless of whether you die before, on, or after your required beginning date.

   If your Beneficiary is an eligible Designated Beneficiary, the entire amount remaining in your IRA may be distributed (in accordance with the Treasury Regulations) over the remaining life expectancy of your eligible Designated Beneficiary (or over a period not extending beyond the life expectancy of such Beneficiary).

   An eligible Designated Beneficiary is any Designated Beneficiary who is

   * your surviving spouse,
   * your child who has not reached the age of majority,
   * disabled (A physician must determine that the impairment can be expected to result in death or to be of long, continued, and indefinite duration.),
   * an individual who is not more than 10 years younger than you, or
   * chronically ill (A chronically ill individual is someone who (1) is unable to perform (without substantial assistance from another individual) at least two activities of daily living for an indefinite period due to a loss of functional capacity, (2) has a level of disability similar to the level of disability described above requiring assistance with daily living based on loss of functional capacity, or (3) requires substantial supervision to protect the individual from threats to health and safety due to severe cognitive impairment.)

   Note that certain trust Beneficiaries (e.g., certain trusts for disabled and chronically ill individuals) may take distribution of the entire amount remaining in your account over the remaining life expectancy of the trust Beneficiary.

   Generally, life expectancy distributions to an eligible Designated Beneficiary must commence by December 31 of the year following the year of your death. However, if your spouse is the eligible Designated Beneficiary, distributions need not commence until December 31 of the year you would have attained age 72, if later. If your eligible Designated Beneficiary is your minor child, life expectancy payments must begin by December 31 of the year following the year of your death and continue until the child reaches the age of majority. Once the age of majority is reached, the Beneficiary will have 10 years to deplete the account.

   If a Beneficiary other than a person (e.g., your estate, a charity, or a certain type of trust) is named, you will be treated as having no Designated Beneficiary of your IRA for purposes of determining the distribution period. If you die before your required beginning date and there is no Designated Beneficiary of your IRA, the entire IRA must be distributed by December 31 of the year containing the fifth anniversary of your death. If you die on or after your required beginning date and there is no Designated Beneficiary of your IRA, distributions will commence using your single life expectancy, reduced by one in each subsequent year.

   A spouse who is the sole Designated Beneficiary of your entire IRA will be deemed to elect to treat your IRA as his or her own by either (1)

©2020 Ascensus, LLC

making Premiums to your IRA or (2) failing to timely remove a required minimum distribution from your IRA. Regardless of whether or not the spouse is the sole Designated Beneficiary of your IRA, a spouse Beneficiary may roll over his or her share of the assets to his or her own IRA.

If your Beneficiary fails to remove a required minimum distribution after your death, an additional penalty tax of 50 percent is imposed on the amount of the required minimum distribution that should have been taken but was not. Your Beneficiary must file IRS Form 5329 along with his or her income tax return to report and remit any additional taxes to the IRS.

L. **Qualifying Longevity Annuity Contracts and RMDs** – A qualifying longevity annuity contract (QLAC) is a deferred annuity contract that, among other requirements, must guarantee lifetime income starting no later than age 85. The total premiums paid to QLACs in your IRAs must not exceed 25 percent (up to $125,000) of the combined value of your IRAs (excluding Roth IRAs). The $125,000 limit is subject to cost-of-living adjustments each year.

When calculating your RMD, you may reduce the prior year end IRA value by the value of QLACs that your IRA holds as investments.

For more information on QLACs, you may wish to refer to the IRS website at www.irs.gov.

M. **Waiver of 2020 RMD** – In spite of the general rules described above, if you are an IRA owner age 70½ or older, you are not required to remove an RMD for calendar year 2020. This RMD waiver also applies to IRA owners who attained age 70½ in 2019 but did not take their first RMD before January 1, 2020. In addition, no Beneficiary life expectancy payments are required for calendar year 2020. If the five-year rule applies to an IRA with respect to any decedent, the five year period is determined without regard to calendar year 2020. For example, if an IRA owner died in 2017, the Beneficiary's five-year period ends in 2023 instead of 2022.

## INCOME TAX CONSEQUENCES OF ESTABLISHING AN IRA

A. **IRA Deductibility** – If you are eligible to make Premiums to your IRA, the amount of the Premium for which you may take a tax deduction will depend upon whether you (or, in some cases, your spouse) are an active participant in an employer-sponsored retirement plan. If you (and your spouse, if married) are not an active participant, your entire IRA Premium will be deductible. If you are an active participant (or are married to an active participant), the deductibility of your IRA Premium will depend on your modified adjusted gross income (MAGI) and your tax filing status for the tax year for which the Premium was made. MAGI is determined on your income tax return using your adjusted gross income but disregarding any deductible IRA Premium and certain other deductions and exclusions.

**Definition of Active Participant.** Generally, you will be an active participant if you are covered by one or more of the following employer-sponsored retirement plans.

1. Qualified pension, profit sharing, 401(k), or stock bonus plan
2. Qualified annuity plan of an employer
3. Simplified employee pension (SEP) plan
4. Retirement plan established by the federal government, a state, or a political subdivision (except certain unfunded deferred compensation plans under IRC Sec. 457)
5. Tax-sheltered annuity for employees of certain tax-exempt organizations or public schools
6. Plan meeting the requirements of IRC Sec. 501(c)(18)
7. Savings incentive match plan for employees of small employers (SIMPLE) IRA plan or a SIMPLE 401(k) plan

If you do not know whether your employer maintains one of these plans or whether you are an active participant in a plan, check with

your employer or your tax advisor. Also, the IRS Form W-2, *Wage and Tax Statement*, that you receive at the end of the year from your employer will indicate whether you are an active participant.

If you are an active participant, are single, and have MAGI within the applicable phase-out range listed below, the deductible amount of your Premium is determined as follows. (1) Begin with the appropriate phase-out range maximum for the applicable year (specified below) and subtract your MAGI; (2) divide this total by the difference between the phase-out maximum and minimum; and (3) multiply this number by the maximum allowable Premium for the applicable year, including catch-up Premiums if you are age 50 or older. The resulting figure will be the maximum IRA deduction you may take. For example, if you are age 30 with MAGI of $66,000 in 2020, your maximum deductible Premium is $5,400 (the 2020 phase-out range maximum of $75,000 minus your MAGI of $66,000, divided by the difference between the maximum and minimum phase-out range limits of $10,000, and multiplied by the Premium limit of $6,000).

If you are an active participant, are married to an active participant and you file a joint income tax return, and have MAGI within the applicable phase-out range listed below, the deductible amount of your Premium is determined as follows. (1) Begin with the appropriate phase-out maximum for the applicable year (specified below) and subtract your MAGI; (2) divide this total by the difference between the phase-out range maximum and minimum; and (3) multiply this number by the maximum allowable Premium for the applicable year, including catch-up Premiums if you are age 50 or older. The resulting figure will be the maximum IRA deduction you may take. For example, if you are age 30 with MAGI of $107,000 in 2020, your maximum deductible Premium is $5,100 (the 2020 phase-out maximum of $124,000 minus your MAGI of $107,000, divided by the difference between the maximum and minimum phase-out limits of $20,000, and multiplied by the Premium limit of $6,000).

If you are an active participant, are married and you file a separate income tax return, your MAGI phase-out range is generally $0–$10,000. However, if you lived apart for the entire tax year, you are treated as a single filer.

| Tax Year | Joint Filers Phase-Out Range* | Single Taxpayers Phase-Out Range* |
|---|---|---|
| | (minimum)(maximum) | (minimum)(maximum) |
| 2013 | $95,000–115,000 | $59,000–69,000 |
| 2014 | $96,000–116,000 | $60,000–70,000 |
| 2015 | $98,000–118,000 | $61,000–71,000 |
| 2016 | $98,000–118,000 | $61,000–71,000 |
| 2017 | $99,000–119,000 | $62,000–72,000 |
| 2018 | $101,000–121,000 | $63,000–73,000 |
| 2019 | $103,000–123,000 | $64,000–74,000 |
| 2020 | $104,000–124,000 | $65,000–75,000 |

*MAGI limits are subject to cost-of-living adjustments each year.

The MAGI phase-out range for an individual that is not an active participant, but is married to an active participant, is $193,000–$203,000 (for 2019) and $196,000–$206,000 (for 2020). This limit is also subject to cost-of-living increases for tax years after 2020. If you are not an active participant in an employer-sponsored retirement plan, are married to someone who is an active participant, and you file a joint income tax return with MAGI between the applicable phase-out range for the year, your maximum deductible Premium is determined as follows. (1) Begin with the appropriate MAGI phase-out maximum for the year and subtract your MAGI; (2) divide this total by the difference between the phase-out range maximum and minimum; and (3) multiply this number by the maximum allowable Premium for the applicable year, including catch-up Premiums if you are age 50 or older. The resulting figure will be the maximum IRA deduction you may take.

You must round the resulting deduction to the next highest $10 if the number is not a multiple of 10. If your resulting deduction is between $0 and $200, you may round up to $200.

B. **Premium Deadline** – The deadline for making an IRA Premium is your tax return due date (not including extensions). You may designate a Premium as a Premium for the preceding taxable year in a manner acceptable to us. For example, if you are a calendar-year taxpayer and you make your IRA Premium on or before your tax filing deadline, your Premium is considered to have been made for the previous tax year if you designate it as such.

If you are a member of the Armed Forces serving in a combat zone, hazardous duty area, or contingency operation, you may have an extended Premium deadline of 180 days after the last day served in the area. In addition, your Premium deadline for a particular tax year is also extended by the number of days that remained to file that year's tax return as of the date you entered the combat zone. This additional extension to make your IRA Premium cannot exceed the number of days between January 1 and your tax filing deadline, not including extensions.

C. **Tax Credit for Premiums** – You may be eligible to receive a tax credit for your Traditional IRA Premiums. This credit will be allowed in addition to any tax deduction that may apply, and may not exceed $1,000 in a given year. You may be eligible for this tax credit if you are

- age 18 or older as of the close of the taxable year,
- not a dependent of another taxpayer, and
- not a full-time student.

The credit is based upon your income (see chart below), and will range from 0 to 50 percent of eligible Premiums. In order to determine the amount of your Premiums, add all of the Premiums made to your Traditional IRA and reduce these Premiums by any distributions that you have taken during the testing period. The testing period begins two years prior to the year for which the credit is sought and ends on the tax return due date (including extensions) for the year for which the credit is sought. In order to determine your tax credit, multiply the applicable percentage from the chart below by the amount of your Premiums that do not exceed $2,000.

| 2019 Adjusted Gross Income* | | | Applicable Percentage |
|---|---|---|---|
| Joint Return | Head of a Household | All Other Cases | |
| $1–38,500 | $1–28,875 | $1–19,250 | 50 |
| $38,501–41,500 | $28,876–31,125 | $19,251–20,750 | 20 |
| $41,501–64,000 | $31,126–48,000 | $20,751–32,000 | 10 |
| Over $64,000 | Over $48,000 | Over $32,000 | 0 |

| 2020 Adjusted Gross Income* | | | Applicable Percentage |
|---|---|---|---|
| Joint Return | Head of a Household | All Other Cases | |
| $1–39,000 | $1–29,250 | $1–19,500 | 50 |
| $39,001–42,500 | $29,251–31,875 | $19,501–21,250 | 20 |
| $42,501–65,000 | $31,876–48,750 | $21,251–32,500 | 10 |
| Over $65,000 | Over $48,750 | Over $32,500 | 0 |

*Adjusted gross income (AGI) includes foreign earned income and income from Guam, America Samoa, North Mariana Islands, and Puerto Rico. AGI limits are subject to cost-of-living adjustments each year.

D. **Excess Premiums** – An excess Premium is any amount that is contributed to your IRA that exceeds the amount that you are eligible to contribute. If the excess is not corrected timely, an additional penalty tax of six percent will be imposed upon the excess amount. The procedure for correcting an excess is determined by the timeliness of the correction as identified below.

1. **Removal Before Your Tax Filing Deadline.** An excess Premium may be corrected by withdrawing the excess amount, along with the

earnings attributable to the excess, before your tax filing deadline, including extensions, for the year for which the excess Premium was made. An excess withdrawn under this method is not taxable to you, but you must include the earnings attributable to the excess in your taxable income in the year in which the Premium was made. The six percent excess contribution penalty tax will be avoided.

2. **Removal After Your Tax Filing Deadline.** If you are correcting an excess Premium after your tax filing deadline, including extensions, remove only the amount of the excess Premium. The six percent excess contribution penalty tax will be imposed on the excess Premium for each year it remains in the IRA. An excess withdrawal under this method will only be taxable to you if the total Premiums made in the year of the excess exceed the annual applicable Premium limit.

3. **Carry Forward to a Subsequent Year.** If you do not withdraw the excess Premium, you may carry forward the Premium for a subsequent tax year. To do so, you under-contribute for that tax year and carry the excess Premium amount forward to that year on your tax return. The six percent excess contribution penalty tax will be imposed on the excess amount for each year that it remains as an excess Premium at the end of the year.

You must file IRS Form 5329 along with your income tax return to report and remit any additional taxes to the IRS.

E. **Tax-Deferred Earnings** – The investment earnings of your IRA are not subject to federal income tax until distributions are made (or, in certain instances, when distributions are deemed to be made).

F. **Nondeductible Premiums** – You may make nondeductible Premiums to your IRA to the extent that deductible Premiums are not allowed. The sum of your deductible and nondeductible IRA Premiums cannot exceed your Premium limit (the lesser of the allowable Premium limit described previously, or 100 percent of Compensation). You may elect to treat deductible IRA Premiums as nondeductible Premiums.

If you make nondeductible Premiums for a particular tax year, you must report the amount of the nondeductible Premium along with your income tax return using IRS Form 8606. Failure to file IRS Form 8606 will result in a $50 per failure penalty.

If you overstate the amount of designated nondeductible Premiums for any taxable year, you are subject to a $100 penalty unless reasonable cause for the overstatement can be shown.

G. **Taxation of Distributions** – The taxation of IRA distributions depends on whether or not you have ever made nondeductible IRA Premiums. If you have only made deductible Premiums, all IRA distribution amounts will be included in income.

If you have ever made nondeductible Premiums to any IRA, the following formula must be used to determine the amount of any IRA distribution excluded from income.

$$\frac{\text{(Aggregate Nondeductible Premiums)}}{\text{Aggregate IRA Balance}} \times \text{(Amount Withdrawn)} = \text{Amount Excluded From Income}$$

**NOTE:** Aggregate nondeductible Premiums include all nondeductible Premiums made by you through the end of the year of the distribution that have not previously been withdrawn and excluded from income. Also note that the aggregate IRA balance includes the total balance of all of your Traditional and SIMPLE IRAs as of the end of the year of distribution and any distributions occurring during the year.

H. **Income Tax Withholding** – Any withdrawal from your IRA is subject to federal income tax withholding. You may, however, elect not to have withholding apply to your IRA withdrawal. If withholding is applied to your withdrawal, not less than 10 percent of the amount withdrawn must be withheld.

©2020 Ascensus, LLC

I. **Early Distribution Penalty Tax –** If you receive an IRA distribution before you attain age 59½, an additional early distribution penalty tax of 10 percent generally will apply to the taxable amount of the distribution unless one of the following exceptions apply. **1) Death.** After your death, payments made to your Beneficiary are not subject to the 10 percent early distribution penalty tax. **2) Disability.** If you are disabled at the time of distribution, you are not subject to the additional 10 percent early distribution penalty tax. In order to be disabled, a physician must determine that your impairment can be expected to result in death or to be of long, continued, and indefinite duration. **3) Substantially equal periodic payments.** You are not subject to the additional 10 percent early distribution penalty tax if you are taking a series of substantially equal periodic payments (at least annual payments) over your life expectancy or the joint life expectancy of you and your Beneficiary. You must continue these payments for the longer of five years or until you reach age 59½. **4) Unreimbursed medical expenses.** If you take payments to pay for unreimbursed medical expenses that exceed a specified percentage of your adjusted gross income, you will not be subject to the 10 percent early distribution penalty tax. For further detailed information and effective dates you may obtain IRS Publication 590-B, *Distributions from Individual Retirement Arrangements (IRAs)*, from the IRS. The medical expenses may be for you, your spouse, or any dependent listed on your tax return. **5) Health insurance premiums.** If you are unemployed and have received unemployment compensation for 12 consecutive weeks under a federal or state program, you may take payments from your IRA to pay for health insurance premiums without incurring the 10 percent early distribution penalty tax. **6) Higher education expenses.** Payments taken for certain qualified higher education expenses for you, your spouse, or the children or grandchildren of you or your spouse, will not be subject to the 10 percent early distribution penalty tax. **7) First-time homebuyer.** You may take payments from your IRA to use toward qualified acquisition costs of buying or building a principal residence. The amount you may take for this reason may not exceed a lifetime maximum of $10,000. The payment must be used for qualified acquisition costs within 120 days of receiving the distribution. **8) IRS levy.** Payments from your IRA made to the U.S. government in response to a federal tax levy are not subject to the 10 percent early distribution penalty tax. **9) Qualified reservist distributions.** If you are a qualified reservist member called to active duty for more than 179 days or an indefinite period, the payments you take from your IRA during the active duty period are not subject to the 10 percent early distribution penalty tax. **10) Qualified birth or adoption.** Payments from your IRA for the birth of your child or the adoption of an eligible adoptee will not be subject to the 10 percent early distribution penalty tax if the distribution is taken during the one-year period beginning on the date of birth of your child or the date on which your legal adoption of an eligible adoptee is finalized. An eligible adoptee means any individual (other than your spouse's child) who has not attained age 18 or is physically or mentally incapable of self-support. The aggregate amount you may take for this reason may not exceed $5,000 for each birth or adoption.

You must file IRS Form 5329 along with your income tax return to the IRS to report and remit any additional taxes or to claim a penalty tax exception.

J. **Rollovers and Conversions –** Your IRA may be rolled over to another IRA, SIMPLE IRA, or an eligible employer-sponsored retirement plan of yours, may receive rollover Premiums, or may be converted to a Roth IRA, provided that all of the applicable rollover and conversion rules are followed. Rollover is a term used to describe a movement of cash or other property to your IRA from another IRA, or from your employer's qualified retirement plan, 403(a) annuity, 403(b) tax-sheltered annuity, 457(b) eligible governmental deferred compensation plan, or federal Thrift Savings Plan. The amount rolled over is not subject to taxation or the additional 10 percent early distribution penalty tax. Conversion is a term used to describe the movement of Traditional IRA assets to a Roth IRA. A conversion

generally is a taxable event. The general rollover and conversion rules are summarized below. These transactions are often complex. If you have any questions regarding a rollover or conversion, please see a competent tax advisor.

1. **Traditional IRA-to-Traditional IRA Rollovers.** Assets distributed from your Traditional IRA may be rolled over to the same Traditional IRA or another Traditional IRA of yours if the requirements of IRC Sec. 408(d)(3) are met. A proper IRA-to-IRA rollover is completed if all or part of the distribution is rolled over not later than 60 days after the distribution is received. In the case of a distribution for a first-time homebuyer where there was a delay or cancellation of the purchase, the 60-day rollover period may be extended to 120 days.

   You are permitted to roll over only one distribution from an IRA (Traditional, Roth, or SIMPLE) in a 12-month period, regardless of the number of IRAs you own. A distribution may be rolled over to the same IRA or to another IRA that is eligible to receive the rollover. For more information on rollover limitations, you may wish to obtain IRS Publication 590-B, *Distributions from Individual Retirement Arrangements (IRAs)*, from the IRS or refer to the IRS website at www.irs.gov.

2. **SIMPLE IRA-to-Traditional IRA Rollovers.** Assets distributed from your SIMPLE IRA may be rolled over to your Traditional IRA without IRS penalty tax provided two years have passed since you first participated in a SIMPLE IRA plan sponsored by your employer. As with Traditional IRA-to-Traditional IRA rollovers, the requirements of IRC Sec. 408(d)(3) must be met. A proper SIMPLE IRA-to-IRA rollover is completed if all or part of the distribution is rolled over not later than 60 days after the distribution is received.

   You are permitted to roll over only one distribution from an IRA (Traditional, Roth, or SIMPLE) in a 12-month period, regardless of the number of IRAs you own. A distribution may be rolled over to the same IRA or to another IRA that is eligible to receive the rollover. For more information on rollover limitations, you may wish to obtain IRS Publication 590-B, *Distributions from Individual Retirement Arrangements (IRAs)*, from the IRS or refer to the IRS website at www.irs.gov.

3. **Employer-Sponsored Retirement Plan-to-Traditional IRA Rollovers.** You may roll over, directly or indirectly, any eligible rollover distribution from an eligible employer-sponsored retirement plan. An eligible rollover distribution is defined generally as any distribution from a qualified retirement plan, 403(a) annuity, 403(b) tax-sheltered annuity, 457(b) eligible governmental deferred compensation plan, or federal Thrift Savings Plan unless it is a required minimum distribution, hardship distribution, part of a certain series of substantially equal periodic payments, corrective distributions of excess contributions, excess deferrals, excess annual additions and any income allocable to the excess, deemed loan distribution, dividends on employer securities, the cost of life insurance coverage, or a distribution of Roth elective deferrals from a 401(k), 403(b), governmental 457(b), or federal Thrift Savings Plan.

   If you elect to receive your rollover distribution prior to placing it in an IRA, thereby conducting an indirect rollover, your plan administrator generally will be required to withhold 20 percent of your distribution as a payment of income taxes. When completing the rollover, you may make up out of pocket the amount withheld, and roll over the full amount distributed from your employer-sponsored retirement plan. To qualify as a rollover, your eligible rollover distribution generally must be rolled over to your IRA not later than 60 days after you receive the distribution. In the case of a plan loan offset due to plan termination or severance from employment, the deadline for completing the rollover is your tax return due date (including extensions) for the year in which the

offset occurs. Alternatively, you may claim the withheld amount as income, and pay the applicable income tax, and if you are under age 59½, the 10 percent early distribution penalty tax (unless an exception to the penalty applies).

As an alternative to the indirect rollover, your employer generally must give you the option to directly roll over your employer-sponsored retirement plan balance to an IRA. If you elect the direct rollover option, your eligible rollover distribution will be paid directly to the IRA (or other eligible employer-sponsored retirement plan) that you designate. The 20 percent withholding requirements do not apply to direct rollovers.

4. **Beneficiary Rollovers From Employer-Sponsored Retirement Plans.** If you are a spouse or nonspouse Beneficiary of a deceased employer-sponsored retirement plan participant, or the trustee of an eligible type of trust named as Beneficiary of such participant, you may directly roll over inherited assets from a qualified retirement plan, 403(a) annuity, 403(b) tax-sheltered annuity, or 457(b) eligible governmental deferred compensation plan to an inherited IRA, as permitted by the IRS. The IRA must be maintained as an inherited IRA, subject to the beneficiary distribution requirements.

5. **Traditional IRA-to-SIMPLE IRA Rollovers.** Assets distributed from your Traditional IRA may be rolled over to a SIMPLE IRA if the requirements of IRC Sec. 408(d)(3) are met and two years have passed since you first participated in a SIMPLE IRA plan sponsored by your employer. A proper Traditional IRA-to-SIMPLE IRA rollover is completed if all or part of the distribution is rolled over not later than 60 days after the distribution is received. In the case of a distribution for a first-time homebuyer where there was a delay or cancellation of the purchase, the 60-day rollover period may be extended to 120 days.

You are permitted to roll over only one distribution from an IRA (Traditional, Roth, or SIMPLE) in a 12-month period, regardless of the number of IRAs you own. A distribution may be rolled over to the same IRA or to another IRA that is eligible to receive the rollover. For more information on rollover limitations, you may wish to obtain IRS Publication 590-B, *Distributions from Individual Retirement Arrangements (IRAs)*, from the IRS or refer to the IRS website at www.irs.gov.

6. **Traditional IRA-to-Employer-Sponsored Retirement Plan Rollovers.** You may roll over, directly or indirectly, any taxable eligible rollover distribution from an IRA to your qualified retirement plan, 403(a) annuity, 403(b) tax-sheltered annuity, or 457(b) eligible governmental deferred compensation plan as long as the employer-sponsored retirement plan accepts such rollover contributions. An eligible rollover distribution is defined as any taxable distribution from an IRA that is not a part of a required minimum distribution.

7. **Traditional IRA-to-Roth IRA Conversions.** If you convert to a Roth IRA, the amount of the conversion from your Traditional IRA to your Roth IRA will be treated as a distribution for income tax purposes, and is includible in your gross income (except for any nondeductible Premiums). Although the conversion amount generally is included in income, the 10 percent early distribution penalty tax will not apply to conversions from a Traditional IRA to a Roth IRA, regardless of whether you qualify for any exceptions to the 10 percent penalty tax. If you are required to take a required minimum distribution for the year, you must remove your required minimum distribution before converting your Traditional IRA.

8. **Qualified HSA Funding Distribution.** If you are eligible to contribute to a health savings account (HSA), you may be eligible to take a one-time tax-free qualified HSA funding distribution from

your IRA and directly deposit it to your HSA. The amount of the qualified HSA funding distribution may not exceed the maximum HSA contribution limit in effect for the type of high deductible health plan coverage (i.e., single or family coverage) that you have at the time of the deposit, and counts toward your HSA contribution limit for that year. For further detailed information, you may wish to obtain IRS Publication 969, *Health Savings Accounts and Other Tax-Favored Health Plans*.

9. **Rollovers of Settlement Payments From Bankrupt Airlines.** If you are a qualified airline employee who has received a qualified airline settlement payment from a commercial airline carrier under the approval of an order of a federal bankruptcy court, you are allowed to roll over up to 90 percent of the proceeds into your Traditional IRA within 180 days after receipt of such amount, or by a later date if extended by federal law. If you make such a rollover contribution, you may exclude the amount rolled over from your gross income in the taxable year in which the airline settlement payment was paid to you. For further detailed information and effective dates you may obtain IRS Publication 590-A, *Contributions to Individual Retirement Arrangements (IRAs)*, from the IRS or refer to the IRS website at www.irs.gov.

10. **Rollovers of Exxon Valdez Settlement Payments.** If you receive a qualified settlement payment from Exxon Valdez litigation, you may roll over the amount of the settlement, up to $100,000, reduced by the amount of any qualified Exxon Valdez settlement income previously contributed to a Traditional or Roth IRA or eligible retirement plan in prior taxable years. You will have until your tax return due date (not including extensions) for the year in which the qualified settlement income is received to make the rollover Premium. To obtain more information on this type of rollover, you may wish to visit the IRS website at www.irs.gov.

11. **Rollover of IRS Levy.** If you receive a refund of eligible retirement plan assets that had been wrongfully levied, you may roll over the amount returned up to the tax return due date for the year in which the money was returned.

12. **Repayment of Qualified Birth or Adoption Distribution.** If you have taken a qualified birth or adoption distribution, you may generally repay all or a portion of the aggregate amount of such distribution to an IRA, as permitted by the IRS. For further information, you may wish to obtain IRS Publication 590-A, Contributions to Individual Retirement Arrangements (IRAs), by visiting www.irs.gov on the Internet.

13. **Written Election.** At the time you make a rollover to an IRA, you must designate in writing to the Issuer your election to treat that Premium as a rollover. Once made, the rollover election is irrevocable.

K. **Transfer Due to Divorce** – If all or any part of your IRA is awarded to your spouse or former spouse in a divorce or legal separation proceeding, the amount so awarded will be treated as the spouse's IRA (and may be transferred pursuant to a court-approved divorce decree or written legal separation agreement to another IRA of your spouse), and will not be considered a taxable distribution to you. A transfer is a tax-free direct movement of cash and/or property from one Traditional IRA to another.

L. **Recharacterizations** – If you make a Premium to a Traditional IRA and later recharacterize either all or a portion of the original Premium to a Roth IRA along with net income attributable, you may elect to treat the original Premium as having been made to the Roth IRA. The same methodology applies when recharacterizing a Premium from a Roth IRA to a Traditional IRA. The deadline for completing a recharacterization is your tax filing deadline (including any extensions)

©2020 Ascensus, LLC

for the year for which the original Premium was made. You may not recharacterize a Roth IRA conversion.

## LIMITATIONS AND RESTRICTIONS

A. **SEP Plans** – Under a simplified employee pension (SEP) plan that meets the requirements of IRC Sec. 408(k), your employer may make Premiums to your IRA. Your employer is required to provide you with information that describes the terms of your employer's SEP plan.

B. **Spousal IRA** – For Premiums made for tax years beginning before 2020, if you are married and have compensation, you may make a Premium to an IRA established for the benefit of your spouse for any year prior to the year your spouse turns age 70½, regardless of whether or not your spouse has Compensation. For Premiums made for 2020 and later tax years, you may make Premiums to an IRA established for the benefit of your spouse regardless of your spouse's age, if you are married and have compensation. You may make these spousal Premiums even if you are age 70½ or older. You must file a joint income tax return for the year for which the Premium is made.

The amount you may contribute to your IRA and your spouse's IRA is the lesser of 100 percent of your combined eligible Compensation or $12,000 for 2019 and 2020. This amount may be increased with cost-of-living adjustments each year. However, you may not contribute more than the individual Premium limit to each IRA.

If your spouse is age 50 or older by the close of the taxable year, and is otherwise eligible, you may make an additional Premium to your spouse's IRA. The maximum additional Premium is $1,000 per year.

C. **Deduction of Rollovers and Transfers** – A deduction is not allowed for rollover or transfer Premiums.

D. **Gift Tax** – Transfers of your IRA assets to a Beneficiary made during your life and at your request may be subject to federal gift tax under IRC Sec. 2501.

E. **Special Tax Treatment** – Capital gains treatment and 10-year income averaging authorized by IRC Sec. 402 do not apply to IRA distributions.

F. **Prohibited Transactions** – If you or your Beneficiary engage in a prohibited transaction with your IRA, as described in IRC Sec. 4975, your IRA will lose its tax-deferred status, and you must include the value of your IRA in your gross income for that taxable year. The following transactions are examples of prohibited transactions with your IRA. (1) Taking a loan from your IRA (2) Buying property for personal use (present or future) with IRA assets (3) Receiving certain bonuses or premiums because of your IRA.

G. **Pledging** – If you pledge any portion of your IRA as collateral for a loan, the entire balance of the IRA as of January 1 will be deemed distributed and will be included in your gross income for that year.

## OTHER

A. **IRS Plan Approval** – The Endorsement used to establish this IRA has been approved by the IRS. The IRS approval is a determination only as to form. It is not an endorsement of the plan in operation or of the investments offered.

B. **Additional Information** – For further information on IRAs, you may wish to obtain IRS Publication 590-A, *Contributions to Individual Retirement Arrangements (IRAs),* or Publication 590-B, *Distributions from Individual Retirement Arrangements (IRAs),* by calling 1-800-TAX-FORM, or by visiting www.irs.gov on the internet.

C. **Important Information About Procedures for Opening a New IRA** – To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial organizations to obtain, verify, and record information that identifies each person who opens an IRA. Therefore, when you open an IRA, you are required to provide your name, residential address, date of birth, and identification number. We may require other information that will allow us to identify you.

D. **Qualified Reservist Distributions** – If you are an eligible qualified reservist who has taken penalty-free qualified reservist distributions from your IRA or retirement plan, you may recontribute those amounts to an IRA generally within a two-year period from your date of return.

E. **Qualified Charitable Distributions** – If you are age 70½ or older, you may be eligible to take tax-free IRA distributions of up to $100,000 per year and have these distributions paid directly to certain charitable organizations. Special tax rules may apply. For further detailed information you may obtain IRS Publication 590-B, *Distributions from Individual Retirement Arrangements (IRAs),* from the IRS or refer to the IRS website at www.irs.gov.

F. **Disaster Related Relief** – If you qualify (for example, you sustained an economic loss due to, or are otherwise considered affected by, certain disasters designated by Congress), you may be eligible for favorable tax treatment on distributions, rollovers, and other transactions involving your IRA. Qualified disaster relief may include penalty-tax free early distributions made during specified timeframes for each disaster, the ability to include distributions in your gross income ratably over multiple years, the ability to roll over distributions to an eligible retirement plan without regard to the 60-day rollover rule, and more. For additional information on specific disasters, including a complete listing of disaster areas, qualification requirements for relief, and allowable disaster-related IRA transactions, you may wish to obtain IRS Publication 590-B, *Distributions from Individual Retirement Arrangements (IRAs),* from the IRS or refer to the IRS website at www.irs.gov.

G. **Coronavirus-Related Distributions (CRDs)** – If you qualify, you may withdraw up to $100,000 in aggregate from your IRAs and eligible retirement plans as a CRD, without paying the 10 percent early distribution penalty tax. You are a qualified individual if you (or your spouse or dependent) is diagnosed with the COVID-19 disease or the SARS-CoV-2 virus in a CDC-approved test; or if you have experienced adverse financial consequences as a result of being quarantined, being furloughed or laid off or having work hours reduced due to such virus or disease, being unable to work due to lack of child care due to such virus or disease, closing or reduced hours of a business owned or operated by you due to such virus or disease, or other factors as determined by the IRS. A CRD must be made on or after January 1, 2020, and before December 31, 2020.

CRDs will be taxed ratably over a three-year period, unless you elect otherwise, and may be repaid over three years beginning with the day following the day a CRD is made. Repayments may be made to an eligible retirement plan or IRA.

An eligible retirement plan is defined as a qualified retirement plan, 403(a) annuity, 403(b) tax-sheltered annuity, 457(b) eligible governmental deferred compensation plan, or an IRA.

# TRADITIONAL INDIVIDUAL RETIREMENT ANNUITY ENDORSEMENT

## ARTICLE I

1.01 *Purpose of the Endorsement:* The purpose of this Endorsement, which is attached to and made a part of the annuity Contract issued by the Issuer, is to qualify the Contract as an individual retirement annuity (IRA) under Code Section 408(b) to provide for the IRA Owner's retirement and for the support of his or her Beneficiary(ies) after death. The Contract is established for the exclusive benefit of the IRA Owner and his or her Beneficiary(ies). If this is an inherited IRA within the meaning of Code Section 408(d)(3)(C) maintained for the benefit of a Designated Beneficiary of a deceased individual, references in this document to the "IRA Owner" are to the deceased individual. If any provisions of the Contract conflict with this Endorsement, the provisions of this Endorsement will apply.

1.02 *Ownership Provisions:* The IRA Owner's interest in the Contract is nonforfeitable and nontransferable and the IRA Owner may exercise all rights under the Contract during his or her lifetime. In addition, the Contract may not be sold, assigned, discounted, or pledged as collateral or as security for the performance of an obligation or for any other purpose.

1.03 *For More Information:* To obtain more information concerning the rules governing this Endorsement, contact the Issuer listed on the Application.

## ARTICLE II – DEFINITIONS

The following words and phrases, when used in this Endorsement with initial capital letters, shall, for the purpose of this Endorsement, have the meanings set forth below unless the context indicates that other meanings are intended.

2.01 *Application:* Means the document executed by the IRA Owner through which the IRA Owner adopts this Endorsement and thereby agrees to be bound by all terms and conditions of this Endorsement.

2.02 *Beneficiary:* Means the individual(s) or entity(ies) properly named to receive any remaining IRA benefits upon the death of the IRA Owner.

2.03 *Code:* Means the Internal Revenue Code of 1986, as amended from time to time.

2.04 *Contract:* Means the annuity contract used in conjunction with this Endorsement.

2.05 *Designated Beneficiary:* Means the Beneficiary named as of the date of the IRA Owner's death who remains a Beneficiary as of September 30 of the year following the year of the IRA Owner's death.

2.06 *Endorsement:* Means this IRA Endorsement.

2.07 *IRA:* Means a Traditional IRA as defined in Code Section 408(b) unless otherwise indicated.

2.08 *IRA Owner:* Means the individual who participates in this IRA, thereby owning the Contract.

2.09 *Issuer:* Means _____.

2.10 *Premium:* Means any payments made to the IRA.

2.11 *Regulations:* Means the Treasury regulations.

2.12 *Roth IRA:* Means an IRA as defined in Code Sections 408A and 408(b).

2.13 *SIMPLE IRA:* Means an IRA which satisfies the requirements of Code Sections 408(b) and 408(p).

## ARTICLE III – PREMIUM PAYMENTS

3.01 *Maximum Permissible Premiums.* The Issuer may accept Premiums on behalf of the IRA Owner for a tax year of the IRA Owner.

A. **Regular Premiums.** Except in the case of a rollover Premium (as permitted by Code Sections 402(c), 402(e)(6), 403(a)(4), 403(b)(8), 403(b)(10), 408(d)(3), and 457(e)(16)) or a Premium made in accordance with the terms of a simplified employee pension (SEP) plan as described in Code Section 408(k), no Premiums will be accepted unless they are in cash, and the total of such Premiums shall not exceed the lesser of 100 percent of the IRA Owner's compensation, or $5,000 for any taxable year beginning in 2008 and years thereafter.

After 2008, the Premium limit will be adjusted by the Secretary of the Treasury for cost-of-living increases under Code Section 219(b)(5)(D). Such adjustments will be in multiples of $500.

If the IRA Owner makes regular Premiums to both Traditional and Roth IRAs for a taxable year, the maximum regular Premium that can be made to all the IRA Owner's Traditional IRAs for that taxable year is reduced by the regular Premiums made to the IRA Owner's Roth IRAs for the taxable year.

B. **Catch-Up Premiums.** In the case of an IRA Owner who is age 50 or older by the close of the taxable year, the annual Premium limit is increased by $1,000 for any taxable year beginning in 2006 and years thereafter.

C. **Additional Premiums.** In addition to the amounts described in Sections 3.01(A) and (B) of this Endorsement, an IRA Owner may make additional Premiums specifically authorized by statute such as repayments of qualified reservist distributions, repayments of certain plan distributions made on account of a federally declared disaster, and certain amounts received in connection with the Exxon Valdez litigation.

D. **Employees of Certain Bankrupt Employers.** In addition to the amounts described in Section 3.01(A) and (C) of this Endorsement, an IRA Owner who was a participant in a Code Section 401(k) plan of a certain employer in bankruptcy described in Code Section 219(b)(5)(C) may contribute up to $3,000 for taxable years beginning after 2006 and before 2010 only. An IRA Owner who makes Premiums under this section may not also make catch-up Premiums.

E. **SIMPLE IRA.** No Premiums will be accepted under a SIMPLE IRA plan established by an employer pursuant to Code Section 408(p). Also, no transfer or rollover of funds attributable to Premiums made by a particular employer under its SIMPLE IRA plan will be accepted from a SIMPLE IRA, that is, an IRA used in conjunction with a SIMPLE IRA plan, prior to the expiration of the two-year period beginning on the date the employee first participated in that employer's SIMPLE IRA plan.

F. **Inherited IRA.** If this is an inherited IRA within the meaning of Code Section 408(d)(3)(C), no Premiums will be accepted.

3.02 *Excess Premium.* Any refund of Premiums (other than those attributable to excess Premiums) will be applied, before the close of the calendar year following the year of the refund, toward the payment of future Premiums or the purchase of additional benefits.

3.03 *Contract Requirements.* If Premiums are interrupted, the Contract will be reinstated at any date prior to maturity upon payment of a Premium other than a rollover or transfer Premium, to the Issuer, and the minimum Premium amount for reinstatement shall be $_____ (not to exceed $50). However, the Issuer may, at its option, either accept additional future Premiums or terminate the Contract by payment in cash of the then present value of the paid up benefit if no Premiums have been received for two full consecutive policy years and the paid up annuity benefit at maturity would be less than $20 per month.

## ARTICLE IV – DISTRIBUTION REQUIREMENTS

4.01 *IRA Owner Distributions.* Notwithstanding any provision of this IRA to the contrary, the distribution of the IRA Owner's interest in the IRA shall be made in accordance with the requirements of Code Section 408(b)(3) and the Regulations thereunder, the provisions of which are herein incorporated by reference. If distributions are not made in the form of an annuity on an irrevocable basis (except for acceleration), then distribution of the interest in the IRA (as determined under Section 4.01(D) of this Endorsement) must satisfy the requirements of Code Section 408(a)(6) and the Regulations thereunder, rather than Section 4.01 (A), (B), and (C) and Section 4.02 of this Endorsement.

A. The entire interest of the IRA Owner for whose benefit the IRA is maintained will commence to be distributed no later than the first day of April following the calendar year in which such IRA Owner attains age 70½ (the "required beginning date") over

1. the IRA Owner's life or the lives of such IRA Owner and his or her Designated Beneficiary(ies), or

2. a period certain not extending beyond the IRA Owner's life expectancy or the joint and last survivor expectancy of such IRA Owner and his or her Designated Beneficiary(ies).

Distributions must be made in periodic payments at intervals of no longer than one year and must be either nonincreasing or they may increase only as provided in Q&As-1 and -4 of Regulations Section 1.401(a)(9)-6. In addition, any distribution must satisfy the incidental benefit requirements specified in Q&A-2 of 1.401(a)(9)-6. If this is an inherited IRA within the meaning of Code Section 408(d)(3)(C), this paragraph and Section 4.01(B) and (C) of this Endorsement do not apply.

B. The distribution periods described in Section 4.01(A) of this Endorsement cannot exceed the periods specified in Regulations Section 1.401(a)(9)-6.

C. The first required distribution can be made as late as the required beginning date and must be the distribution that is required for one payment interval. The second distribution need not be made until the end of the next payment interval.

D. The "interest" in the IRA for purposes of this Section is the prior December 31 balance adjusted to include the amount of any outstanding rollovers, transfers, and recharacterizations under Q&As-7 and -8 of Regulations Section 1.408-8 and the actuarial value of any other benefits provided under the IRA, such as guaranteed death benefits.

E. If the IRA Owner fails to elect a method of distribution by his or her required beginning date the Issuer shall have complete and sole discretion to do any one of the following:

- make no distribution until the IRA Owner provides a proper withdrawal request;
- distribute the IRA Owner's entire interest in a single sum payment;
- distribute the IRA Owner's entire interest over a period certain not extending beyond the IRA Owner's life expectancy or the life expectancy of the IRA Owner and his or her Beneficiary; or
- annuitize the IRA within the parameters described in this Section.

The Issuer will not be liable for any penalties or taxes related to the IRA Owner's failure to take a required minimum distribution.

4.02 *Beneficiary Rights*. If the IRA Owner dies before his or her entire interest is distributed to him or her, the entire remaining interest will be distributed as follows.

A. **Death on or After Required Beginning Date**. If the IRA Owner dies on or after required distributions commence, the remaining portion of such IRA Owner's interest will continue to be distributed under the Contract option chosen.

B. **Death Before Required Beginning Date**. If the IRA Owner dies before required distributions commence, such IRA Owner's entire interest will be distributed at least as rapidly as follows.

1. If the Designated Beneficiary is someone other than the IRA Owner's surviving spouse, the entire interest will be distributed, starting by the end of the calendar year following the calendar year of the IRA Owner's death, over the remaining life expectancy of the Designated Beneficiary, with such life expectancy determined using the age of the Beneficiary as of his or her birthday in the year following the year of the IRA Owner's death, or, if elected, in accordance with Section 4.02(B)(3) of this Endorsement. If this is an inherited IRA within the meaning of Code Section 408(d)(3)(C) established for the benefit of a nonspouse Designated Beneficiary by a direct trustee-to-trustee transfer from a retirement plan of a deceased individual under Code Section 402(c)(11), then, notwithstanding any election made by the deceased individual pursuant to the preceding sentence, the nonspouse Designated Beneficiary may elect to have distributions made under this Section if the transfer is made no later than the end of the year following the year of death.

2. If the IRA Owner's sole Designated Beneficiary is the IRA Owner's surviving spouse, the entire interest will be distributed, starting by the end of the calendar year following the calendar year of the IRA Owner's death (or by the end of the calendar year in which the IRA Owner would have attained age 70½, if later), over such spouse's life expectancy, or, if elected, in accordance with Section 4.02(B)(3) of this Endorsement. If the surviving spouse dies before required distributions are required to begin, the remaining interest will be distributed, starting by the end of the calendar year following the calendar year of the spouse's death, over the spouse's Designated Beneficiary's remaining life expectancy determined using such Beneficiary's age as of his or her birthday in the year following the death of the spouse, or, if elected, will be distributed in accordance with Section 4.02(B)(3) of this Endorsement. If the surviving spouse dies after required distributions commence to him or her, any remaining interest will continue to be distributed under the contract option chosen.

3. If there is no Designated Beneficiary, or, if applicable by operation of Section 4.02(B)(1) or (B)(2) of this Endorsement, the entire interest will be distributed by the end of the calendar year containing the fifth anniversary of the IRA Owner's death (or the spouse's death in the case of the surviving spouse's death before distributions are required to begin under Section 4.02(B)(2) of this Endorsement).

4. Life expectancy is determined using the Single Life Table in Q&A-1 of Regulations Section 1.401(a)(9)-9. If distributions are being made to a surviving spouse as the sole Designated Beneficiary, such spouse's remaining life expectancy for a year is the number in the Single Life Table corresponding to such spouse's age in the year. In all other cases, remaining life expectancy for a year is the number in the Single Life Table corresponding to the Beneficiary's age in the year specified in Section 4.02(B)(1) or (2) of this Endorsement and reduced by one for each subsequent year.

C. The "interest" in the IRA for purposes of this Section is the prior December 31 balance adjusted to include the amount of any outstanding rollovers, transfers, and recharacterizations under Q&As-7 and -8 of Regulations Section 1.408-8 and the actuarial value of any other benefits provided under the IRA, such as guaranteed death benefits.

D. For purposes of Sections 4.02(A) and (B) of this Endorsement, required distributions are considered to commence on the IRA Owner's required beginning date, or, if applicable, on the date distributions are required to begin to the surviving spouse under Section 4.02(B)(2) of this Endorsement. However, if distributions start prior to the applicable date in the preceding sentence, on an irrevocable basis (except for acceleration) under an annuity contract meeting the requirements of Regulations Section 1.401(a)(9)-6, the required distributions are considered to commence on the annuity starting date.

E. If the Designated Beneficiary is the IRA Owner's surviving spouse, the spouse may elect to treat the IRA as his or her own IRA. This election will be deemed to have been made if such surviving spouse, who is the sole Beneficiary of the IRA, makes a Premium to the IRA or fails to take required distributions as a Beneficiary.

F. The required minimum distributions payable to a Designated Beneficiary from this IRA may be withdrawn from another IRA the beneficiary holds from the same deceased IRA Owner in accordance with Q&A-9 of Regulations Section 1.408-8.

G. If the Beneficiary payment election described in Section 4.02 is not made by December 31 of the year following the year the IRA Owner dies, the Issuer reserves the right to elect, in its complete and sole discretion, to do any one of the following:

- make no distribution until the Beneficiary(ies) provides a proper withdrawal request;
- distribute the entire IRA to the Beneficiary(ies) in a single sum payment; or
- distribute the entire remaining interest to the Beneficiary(ies) pursuant to the applicable option in Sections 4.02(A) or (B) of this Endorsement.

The Issuer will not be liable for any penalties or taxes related to the Beneficiary's failure to take a required minimum distribution.

## ARTICLE V – REPORTING

The IRA Owner agrees to provide the Issuer with information necessary for the Issuer to prepare any report required under Code Section 408(i), Regulations Sections 1.408-5 and 1.408-6, and under guidance published by the Internal Revenue Service (IRS).

The Issuer shall furnish annual calendar year reports concerning the status of the annuity and such information concerning required minimum distributions as is prescribed by the IRS.

## ARTICLE VI – AMENDMENTS

Any amendment made for the purpose of complying with provisions of the Code and related Regulations may be made without the consent of the IRA Owner. The IRA Owner will be deemed to have consented to any other amendment unless the IRA Owner notifies the Issuer that he or she does not consent within 30 days from the date the Issuer mails the amendment to the IRA Owner.

## ARTICLE VII – RESPONSIBILITY OF THE PARTIES

The Issuer shall not be responsible for any penalties, taxes, judgments, or expenses incurred by the IRA Owner in connection with this IRA and shall have no duty to determine whether any Premiums to or distributions from this IRA comply with the Code, Regulations, rulings, or this Endorsement.

## Notice Concerning Coverage
## Limitations and Exclusions under the Ohio Life
## and Health Insurance Guaranty Association
### Act

Residents of Ohio who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Ohio Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the guaranty association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

---

The Ohio Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Ohio. You should not rely on coverage by the Ohio Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Coverage is *NOT* provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus. You should check with your insurance company representative to determine if you are only covered in part or not covered at all.

Insurance companies or their agents are required by law to give or send you this notice. *However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.*

Ohio Life and Health Insurance Guaranty
Association 1840 Mackenzie Drive
Columbus, OH 43220

Ohio Department of Insurance
50 West Town Street
Third Floor-Suite 300
Columbus, OH 43215

---

The state law that provides for this safety-net coverage is called the Ohio Life and Health Insurance Guaranty Association Act. On the back of this page is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

COVERAGE

Generally, individuals will be protected by the life and health insurance guaranty association if they live in Ohio and hold a life or health insurance contract, annuity contract, unallocated annuity contract; if they are insured under a group insurance contract, issued by a member insurer; or if they are the payee or beneficiary of a structured settlement annuity contract. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

EXCLUSIONS FROM COVERAGE

However, persons holding such policies are **not** protected by this association if:

• they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);

• the insurer was not authorized to do business in this state;

• their policy was issued by a medical, health or dental care corporation, an HMO, a fraternal benefit society, a mutual protective association or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The association also does **not** provide coverage for:

• any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;

• any policy of reinsurance (unless an assumption certificate was issued);

• interest rate yields that exceed an average rate;

• dividends;

• credits given in connection with the administration of a policy by a group contract holder;

• employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them).

LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the association is obligated to pay out: The association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the association will pay a maximum of $300,000, except as specified below, no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. The association will not pay more than $100,000 in cash surrender values, $500,000 in major medical insurance benefits, $300,000 in disability or long-term care insurance benefits, $100,000 in other health insurance benefits, $250,000 in present value of annuities, or $300,000 in life insurance death benefits. Again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages, the association will pay a maximum of $300,000, except for coverage involving major medical insurance benefits, for which the maximum of all coverages is $500,000.

*Note to benefit plan trustees or other holders of unallocated annuities (GICs, DA Cs, etc.) covered by the act:* For unallocated annuities that fund governmental retirement plans under §§401, 403(b) or 457 of the Internal Revenue Code, the limit is $250,000 in present value of annuity benefits including net cash surrender and net cash withdrawal per participating individual. In no event shall the association be liable to spend more than $300,000 in the aggregate per individual, except as noted above. For covered unallocated annuities that fund other plans, a special limit of $1,000,000 applies to each contract holder, regardless of the number of contracts held with the same company or number of persons covered. In all cases, of course, the contract limits also apply.

For more information about the Ohio Life & Health Insurance Guaranty Association, visit our website at: www. olhiga.org.

*As of 12/22/2015*



# ATLANTIC COAST LIFE
# INSURANCE COMPANY
PRIVACY POLICY

Atlantic Coast Life Insurance Company is committed to providing insurance products and services designed to meet your needs. We value you as a customer and are committed to respecting your privacy and protecting the information about you that we may receive. We have prepared this notice to advise you what information we collect, how we use it and how we protect it.

**What Information We Collect:** We collect and maintain personal information in order to service and administer our customer relationships and transactions, and to carry out other business functions that are permitted or required under state or Federal law. Most of the personal information that we collect and save is obtained directly from our customers. The types of information we may collect include:

• Information you provide to us as part of the application and underwriting process, such as name, address, social security number, birth date, and health history.

• Information we receive from other sources such as physicians, testing laboratories, consumer reporting agencies.

• Information about your health conditions that we obtain from health care providers. Health information will be collected as we deem appropriate to determine eligibility for coverage, to process claims, to prevent fraud, and as authorized by you, or as otherwise permitted or required by law.

**What Information We Disclose:** We may disclose all the information we collect, as described above, to authorized entities. The situations that follow identify some of the authorized persons/entities:

• We may disclose all the personal information we collect to service providers, such as insurance agents, third party administrators, data processing companies and other entities that assist us in providing services to you on your behalf.

• We may disclose health information to determine eligibility for coverage, to process claims, to prevent fraud, and as authorized by you, or as otherwise permitted by law.

• We may also disclose all the information we collect as permitted or required by law. For example, we may disclose information to law enforcement agencies or state insurance authorities.

We respect your privacy and will never sell or lease your information, nor do we offshore your information.

**Our Privacy Protection Procedures:** We maintain procedures and technology designed to prevent unauthorized access to personal information. We maintain physical, electronic, and procedural protections in accordance with applicable standards to protect personal information. We restrict access to personal information to employees and service providers for legitimate business purposes to assist in providing products or services to you.

**This notice has been provided to you in compliance with the Gramm-Leach-Bliley Act and is for informational purposes only. No action on your part is required.**

COMPANY PO BOX 20010
Charleston, SC 29413-0010
P: (844) 442-3847

| APPLICATION INDIVIDUAL SINGLE PREMIUM DEFERRED INDEX ANNUITY | | ATLANTIC COAST LIFE INSURANCE COMPANY<br>PO Box 27248<br>Salt Lake City, Utah 84127-0248<br>Phone: 1-844-442-3847 | Home Office Use Only |
|---|---|---|---|

| Print - Use Black Ink | Atlantic Coast Product: Accumulation Protector Plus <sup>SM</sup> | |
|---|---|---|

**Premium Allocation:** *Must equal 100%*

| | Fixed Account | S&P 500® 1yr Point to Point with cap | S&P 500® 1yr Point to Point with Participation Rate | S&P 500® 2yr Point to Point with Participation Rate |
|---|---|---|---|---|
| | _____% | _____% | _____% | _____% |

| **Annuity Applied For** | Credit Suisse 1yr Point to Point with Participation Rate | Credit Suisse 2yr Point to Point with Participation Rate | Credit Suisse 3yr Point to Point with Participation Rate | Credit Suisse 1yr Point-to-Point with Trigger |
|---|---|---|---|---|
| | _50_% | _50_% | _____% | _____% |

**Rate Enhancement Rider:**

☑ Yes (This Rider applies an increase to the Cap, Participation Rate, and Interest Rate to any applicable Indexed Account. This Rider also applies an increase to the Penalty Free Percentage for Withdrawal or Surrender.)

☐ No (I understand this rider can only be added at contract issue and I will not be able to add it at a later date.)

Purchase Premium Payment $ _219,537.91_

| **Annuitant** | Last Name _SCHMIDT_  First Name _KENNETH_  Middle Name |
|---|---|

Street Address _8771 CARROUSEL PARK CIR_  City _CIN_  State _OH_  Zip _45251_

Date of Birth (MM/DD/YYYY) _1-16-38_  Age _84_  Sex ☑ Male ☐ Female

SSN _____  Telephone _____  Email Address _____

| **Owner** (if other than Annuitant) | Last Name _____  First Name _____  Middle Name _____ |
|---|---|

Street Address _____  City _____  State _____ Zip _____

Date of Birth (MM/DD/YYYY) _____  Age _____  Sex ☐ Male ☐ Female

SSN _____  Telephone _____  Email Address _____

| **Joint Owner** | Last Name _____  First Name _____  Middle Name _____ |
|---|---|

Street Address _____  City _____  State _____ Zip _____

Date of Birth (MM/DD/YYYY) _____  Age _____  Sex ☐ Male ☐ Female

SSN _____  Telephone _____  Email Address _____  Relationship to Owner _____

**Beneficiaries** (attach dated and signed Additional Beneficiary Form if needed)

| Primary / Contingent Beneficiary (circle one) | % Share | Date of Birth | SSN | Relationship to Owner |
|---|---|---|---|---|
| Address _SEE ATTACHED_ | | | Telephone | |
| Primary / Contingent Beneficiary (circle one) | % Share | Date of Birth | SSN | Relationship to Owner |
| Address | | | Telephone | |
| Primary / Contingent Beneficiary (circle one) | % Share | Date of Birth | SSN | Relationship to Owner |
| Address | | | Telephone | |

ICC19-ACLACCFIAAP  Page 1 of 4

Received: 04/12/2022

My primary beneficiaries

20% to Denise Gawejek "Daughter"
3810 Ruth Dr
Brunswick, Ohio 44212

DOB: 04-14-64

20% to Jeff K. Schmidt "Son"
7620 Thompson Rd
Cincinnati,Ohio 45247

DOB: 09-05-64

20% to Kelly A. Hesketh "Daughter"
1010 Riverwalk Dr
Simpsonville, SC 29681

DOB: 04-32-66

40% to Kerri A. Schmidt "Daughter"
3940 Mack Re
Fairfield, Ohio 45014

DOB: 07-20-67
Sign: Kenneth H. Schmidt

*Kenneth H. Schmidt*

1A

**INITIAL PURCHASE PREMIUM PAYMENT INFORMATION**

Please indicate below whether the Initial Purchase Premium Payment will be from a single source or from multiple sources. You must check one of the options below.

☑ The entire Initial Purchase Premium Payment is being received from a single deposit.
☐ The Initial Purchase Premium Payment is being received from multiple sources.

If you indicated that the Initial Purchase is being received from multiple sources, please list the sources below. Since the payments may be received by Atlantic Coast Life at different times, I understand the contract will be issued only after the entire amount listed as the Purchase Premium Payment is received by Atlantic Coast Life.

| Source of Funds | Amount | Source of Funds | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Check One:**
☐ Non-Qualified  ☑ *Tax Qualified Plan
*If Tax Qualified Plan, this section must be completed.

**Check One:**
☑ IRA  ☐ Roth IRA  ☐ SEP IRA  ☐ Simple IRA  ☐ Other

**Source of Funds:**
☐ New Money
☐ 1035 Exchange
☐ Qualified / Non-Qualified Transfer
☑ Rollover
If other than New Money, complete applicable form.

**CHECKS MUST BE MADE PAYABLE TO ATLANTIC COAST LIFE INSURANCE COMPANY**

Owner Signature – *(All appropriate boxes must be checked or application will be deemed incomplete.)*

Do you have any existing life insurance or annuity contracts?                     ☑ Yes  ☐ No
Will this proposed contract replace or change any existing life insurance or annuity contract?     ☐ Yes  ☑ No
*(If yes, please complete and sign the appropriate replacement form for your state.)*

*By signing below:*
I acknowledge and understand that annuities purchased with qualified funds are subject to the Required Minimum Distribution ("RMD") Rules. If I turn 72 during this calendar year or am currently taking Required Minimum Distributions, I understand that the RMD must be withdrawn before transferring funds.

I believe this to be a suitable purchase for my financial status. Any applicable surrender, withdrawal and market value adjustment provisions have been explained to me.

I agree to all terms and conditions as shown, and have read and understand all of the statements made above. I agree that this application will be made part of the annuity contract, and all statements made in this application are true to the best of my knowledge and belief.

I understand that I am applying for a fixed index deferred annuity and realize that while the values of the contract may be affected by an external index, the contract does not directly participate in any equity, bond, other security, or commodities investments. I further understand that index interest credits will not be credited to any amount withdrawn or applied to an annuity option before the end of the index term. I also understand that only the guaranteed minimum values are guaranteed and no other amounts are guaranteed.

I understand that withdrawals from the contract may be subject to a surrender charge during the surrender charge period.

| Annuitant / Owner Signature | Joint Owner Signature (if applicable) | Date |
|---|---|---|
| Ken Schmidt | | 4 APR 22 |
| Signed At (City) | (State) | (Zip) |
| CINCINNATI | OHIO | 45251 |

| Producer Notes | List producer notes here |
|---|---|

## PRODUCER SIGNATURE - (ALL APPROPRIATE BOXES MUST BE CHECKED OR APPLICATION WILL BE DEEMED INCOMPLETE)

**Advertising:**

Did you use any sales materials? — ☐Yes ☑No

If yes, did you use any Company approved sales materials? — ☐Yes ☐No ☐N/A

If yes, did you leave a copy with the client? — ☐Yes ☐No ☐N/A

**Replacement:**

Does the proposed client have any existing life insurance or annuity contracts? — ☑Yes ☐No

Will the proposed contract replace any existing life insurance or annuity contract? — ☑Yes ☐No ☐N/A

*(If yes, please complete and sign the appropriate replacement form for your state.)*

By signing below, I hereby certify, to the best of my knowledge and belief, that all information in this application is true and accurate. I further certify that I have explained any applicable surrender charges, withdrawal and market value adjustment provisions contained in this annuity contract and I have fully and accurately disclosed all of the terms and conditions, including the interest rate structure of the annuity contract to the applicant. I also certify that this annuity is suitable for the applicant, based upon the applicant's disclosure.

| Producer's Name (Printed) KENNETH STANFIELD | Producer Number ACL3001716 | State Number (if applicable) |
|---|---|---|
| Telephone | Agency Name (if applicable) WEALTH RETIREMENT GROUP | |
| Producer's Signature KEN STANFIELD | | Date 4 APRIL 22 |

### If Joint Case

| Producer's Name (Printed) | Producer Number | State Number (if applicable) | |
|---|---|---|---|
| Telephone | Agency Name (if applicable) | | Split % |
| Producer's Signature | | Date | |

**Fraud Notice:** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**S&P Disclosure**: The S&P 500® is a product of S&P Dow Jones Indices LLC, a division of S&P Global, or its affiliates ("SPDJI"), and has been licensed for use by Atlantic Coast Life Insurance Company. Standard & Poor's® and S&P® are registered trademarks of Standard & Poor's Financial Services LLC, a division of S&P Global ("S&P"); Dow Jones® is a registered trademark of Dow Jones Trademark Holdings LLC ("Dow Jones"); The trademarks have been licensed for use by SPDJI and sublicensed for certain purposes by Atlantic Coast Life Insurance Company. It is not possible to invest directly in an index. Accumulation Protector Plus™ Annuity is not sponsored, endorsed, sold or promoted by SPDJI, Dow Jones, S&P, any of their respective affiliates (collectively, "S&P Dow Jones Indices"). S&P Dow Jones Indices does not make any representation or warranty, express or implied, to the owners of the Accumulation Protector Plus™ Annuity or any member of the public regarding the advisability of investing in securities generally or in the Accumulation Protector Plus™ Annuity particularly or the ability of the S&P 500® to track general market performance. Past performance of an index is not an indication or guarantee of future results. S&P Dow Jones Indices only relationship to Atlantic Coast Life Insurance Company with respect to the S&P 500® is the licensing of the Index and certain trademarks, service marks and/or trade names of S&P Dow Jones Indices and/or its licensors. The S&P 500® is determined, composed and calculated by S&P Dow Jones Indices without regard to Atlantic Coast Life Insurance Company or the Accumulation Protector Plus™ Annu ty. S&P Dow Jones Indices has no obligation to take the needs of Atlantic Coast Life Insurance Company or the owners of the Accumulation Protector Plus™ Annuity into consideration in determining, composing or calculating the S&P 500®. S&P Dow Jones Indices is not responsible for and has not participated in the determination of the prices, and amount of the Accumulation Protector Plus™ Annuity or the timing of the issuance or sale of the Accumulation Protector Plus™ Annuity or in the determination or calculation of the equation by which the Accumulation Protector Plus™ Annuity is to be converted into cash, surrendered or redeemed, as the case may be. S&P Dow Jones Indices has no obligation or liability in connection with the administration, marketing or trading of the Accumulation Protector Plus™ Annuity. There is no assurance that investment products based on the S&P 500® will accurately track index performance or provide positive investment returns. S&P Dow Jones Indices LLC is not an investment or tax advisor. A tax advisor should be consulted to evaluate the impact of any tax-exempt securities on portfolios and the tax consequences of making any particular investment decision. Inclusion of a security within an index is not a recommendation by S&P Dow Jones Indices to buy, sell, or hold such security, nor is it considered to be investment advice.

NEITHER S&P DOW JONES INDICES NOR THIRD PARTY LICENSOR GUARANTEES THE ADEQUACY, ACCURACY, TIMELINESS AND/OR THE COMPLETENESS OF THE S&P 500® OR ANY DATA RELATED THERETO OR ANY COMMUNICATION, INCLUDING BUT NOT LIMITED TO, ORAL OR WRITTEN COMMUNICATION (INCLUDING ELECTRONIC COMMUNICATIONS) WITH RESPECT THERETO, S&P DOW JONES INDICES SHALL NOT BE SUBJECT TO ANY DAMAGES OR LIABILITY FOR ANY ERRORS, OMISSIONS, OR DELAYS THEREIN. S&P DOW JONES INDICES MAKES NO EXPRESS OR IMPLIED WARRANTIES, AND EXPRESSLY DISCLAIMS ALL WARRANTIES, OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE OR AS TO RESULTS TO BE OBTAINED BY ATLANTIC COAST LIFE INSURANCE COMPANY, OWNERS OF THE ACCUMULATION PROTECTOR PLUS™ ANNUITY, OR ANY OTHER PERSON OR ENTITY FROM THE USE OF THE S&P 500® OR WITH RESPECT TO ANY DATA RELATED THERETO. WITHOUT LIMITING ANY OF THE FOREGOING, IN NO EVENT WHATSOEVER SHALL S&P DOW JONES INDICES BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES INCLUDING BUT NOT LIMITED TO, LOSS OF PROFITS, TRADING LOSSES, LOST TIME OR GOODWILL, EVEN IF THEY HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER IN CONTRACT, TORT, STRICT LIABILITY, OR OTHERWISE. THERE ARE NO THIRD PARTY BENEFICIARIES OF ANY AGREEMENTS OR ARRANGEMENTS BETWEEN S&P DOW JONES INDICES AND ATLANTIC COAST LIFE INSURANCE COMPANY, OTHER THAN THE LICENSORS OF S&P DOW JONES INDICES.

**Credit Suisse Disclosure**: The Credit Suisse Momentum index and "Credit Suisse", and any trademarks, service marks and logos related thereto are service marks of Credit Suisse Group AG, Credit Suisse International, or one of their affiliates (collectively, "Credit Suisse"). Credit Suisse has no relationship to Atlantic Coast Life Insurance Company, other than certain hedging arrangements and the licensing of the Credit Suisse Momentum index and its service marks for use in connection with the Accumulation Protector Plus™ Annuity, and is not a party to any transaction contemplated hereby.

The rules of the Credit Suisse Momentum Index may be amended by Credit Suisse International (the "Index Creator"). An amendment to the rules may result from, without limitation, a change to the construction or calculation rules for the Index or from the Index Creator determining that a change to the rules is required or desirable in order to update them or to address an error, omission or ambiguity. No assurance can be given that any such amendment would not affect parties to this document.

The Index is an excess return index, which means that it reflects the return of components net of the cost of funding a hypothetical investment in them. The Index returns are likely to be negatively affected by such costs of funding. The Index has a 0.5% per annum embedded fee deducted on a daily basis. The Index fee will place a drag on the performance of the Index, offsetting any appreciation of its portfolio, exacerbating any depreciation of its portfolio and causing the level of the Index to decline steadily if the value of its portfolio remains relatively constant. The Index also contains embedded transaction costs and holding costs.

While volatility controls may result in less fluctuation in rates of return as compared to indices without volatility controls, they may also reduce the overall rate of return as compared to products not subject to volatility controls.

The end-of-day value of the Credit Suisse Momentum Index is published subject to the provisions in the rules of the Index. Neither the Index Creator nor any of its affiliates is obliged to publish any information regarding the index other than as stipulated in the rules of these indices

The Accumulation Protector Plus™ Annuity is not in any way sponsored, endorsed, sold or promoted by Credit Suisse and Credit Suisse does not make any warranty or representation whatsoever, expressly or impliedly, either as to the results to be obtained from the use of the Credit Suisse Momentum Index ("the Index"), the figure at which the said Index stands at any particular time on any particular day or otherwise, or the advisability of or results to be obtained by using, investing in, or trading the Accumulation Protector Plus™ Annuity. The selection of the Index as a crediting option under the Accumulation Protector Plus™ Annuity does not obligate Atlantic Coast Life Insurance Company or Credit Suisse to invest premium payments in the components of the Index or in other products linked to the Index. Credit Suisse shall not be liable for the results obtained by using, investing in, or trading the Accumulation Protector Plus™ Annuity. The Index is compiled, maintained and calculated by Credit Suisse. However, Credit Suisse shall not be liable (whether in negligence or otherwise) to any person for any error in the Index and Credit Suisse shall not be under any obligation to advise any person of any error therein.

Credit Suisse has not published or approved this document and accepts no responsibility for its contents or use. Obligations to make payments under the Accumulation Protector Plus™ Annuity are solely the obligation of Atlantic Coast Life Insurance Company and are not the responsibility of Credit Suisse.

The Index is the exclusive property of and currently sponsored by the Index Creator. The Credit Suisse Momentum Index is not in any way sponsored, endorsed or promoted by Credit Suisse. Credit Suisse has no obligation to take the needs of any person into consideration in composing, determining or calculating the Index (or causing the Index to be calculated). In addition, Credit Suisse makes no warranty or representation whatsoever, express or implied, as to the results to be obtained from the use of the Index and/or the level at which the Index stands at any particular time on any particular day or otherwise, and Credit Suisse shall not be liable, whether in negligence or otherwise, to any person for any errors or omissions in the Index or in the calculation of the Index or under any obligation to advise any person of any errors or omissions therein. Credit Suisse shall not be liable for the results obtained by using, investing in, or trading the Credit Suisse Momentum Index.

**Tax Disclaimer**: CSSU does not provide any tax advice. Any tax statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties. Any such statement herein was written to support the marketing or promotion of the transaction(s) or matter(s) to which the statement relates. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. Notwithstanding anything to the contrary herein, each party (and each of their employees, representatives, or other agents) may disclose to any and all persons, without limitation of any kind, the U.S. tax treatment and U.S. tax structure of any transaction that may described or included within the information contained herein relating to such U.S. tax treatment and U.S. tax structure. For this purpose, the tax treatment of a transaction is the purported or claimed U.S. federal income tax treatment of the transaction, and the tax structure of a transaction is any fact that may be relevant to understanding the purported or claimed U.S. federal income tax treatment of any transaction.

**ERISA**: You understand that (i) neither CS nor any of its affiliates has or exercises investment discretion with respect to any assets on behalf of any employee benefit plans or individual retirement accounts (collectively, "Plans") that may be involved with the purchase, holding, or redemption of a security, (ii) CS is not undertaking to provide impartial investment advice or give advice in a fiduciary capacity on behalf of such Plans within the meaning of the U.S. Department of Labor's final regulation defining "investment advice" for purposes of the Employee Retirement Income Security Act of 1974, as amended and Section 4975 of the Internal Revenue Code of 1986, as amended, and (iii) the information or communication provided herein or otherwise to the Plans or a fiduciary on behalf of any of the Plans is intended to be, and should be construed as, general information, and it does not and will not take into account your legal, regulatory, tax, business, investment, financial, accounting or other needs or priorities with respect to any Plans."