IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ATLANTIC COAST LIFE INSURANCE COMPANY, | ) |
| Plaintiff, | ) CASE NO. 1:25-CV-00683 |
| vs. | ) |
| | ) JUDGE DAVID A. RUIZ |
| DENISE GAWAJEK, *et al.*, | ) |
| Defendants. | ) |

## ORDER TO CORRECT THE RECORD

On this day came to be heard Plaintiff Atlantic Coast Life Insurance Company's ("Atlantic Coast") *Motion to Correct The Record*. For good cause shown, it is therefore,

ORDERED that (1) the correct amount to paid on Decedent's death is $206,029.06 and (2) all references in Dkt. ##1, 5, 9 are deemed corrected from the incorrect figure of $219,729.34 to the correct figure of $206,029.26.

IT IS SO ORDERED.

_____  _____
Date                                                          JUDGE DAVID A. RUIZ
                                                                       United States District Judge

23558769