# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ATLANTIC COAST LIFE INSURANCE COMPANY, ) ) ) | CASE NO. 1:25-CV-00683 |
| Plaintiff, ) ) | JUDGE DAVID A. RUIZ |
| vs. ) ) | |
| DENISE GAWAJEK, *et al.*, ) ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO EXCUSE IT AND ITS COUNSEL FROM FURTHER PROCEEDINGS

Plaintiff Atlantic Coast Life Insurance Company ("Plaintiff"), by and through the undersigned counsel, respectfully moves this Court for an order excusing it and its counsel from further proceedings in this case – including the currently scheduled 9.9.2025 Case Management Conference.

The reason for Plaintiff's *Motion* is simple: Because Plaintiff deposited the life insurance funds at issue with the Court, Plaintiff no longer has any "dog in the hunt". It is up to Defendants and/or the Court to determine how those interpled funds are paid out/divided amongst Defendants.

Respectfully submitted,

*/s/ Barry Y. Freeman*
Barry Y. Freeman (0062040)
**ROETZEL & ANDRESS, LPA**
1375 E. 9th Street, 10th Floor
Cleveland, OH 44114
Telephone: (312) 741-0786
Facsimile: (216) 623-0134
Email: bfreeman@ralaw.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on August 25, 2025, and has been served upon counsel for the parties who have entered an appearance through the Court's electronic filing system, and by regular U.S. mail, postage prepaid, on the following parties:

Jeffrey K. Schmidt
7620 Thompson Rd.
Cincinnati, OH 45247

Kerri A. Schmidt
1817 Shirley Ave.
Hamilton, OH 45011

                                                  Respectfully submitted,

                                                  */s/ Barry Y. Freeman*
                                                  *Counsel for Plaintiff*

23668609