# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ATLANTIC COAST LIFE INSURANCE COMPANY, ) | |
| Plaintiff, ) | CASE NO. 1:25-CV-00683 |
| vs. ) | |
| ) | JUDGE DAVID A. RUIZ |
| DENISE GAWAJEK, *et al.*, ) | |
| Defendants. ) | |

## ORDER TO CORRECT THE RECORD

On this day came to be heard Plaintiff Atlantic Coast Life Insurance Company's ("Atlantic Coast") *Motion to Correct The Record*. For good cause shown, it is therefore,

ORDERED that (1) the correct amount to paid on Decedent's death is $206,029.06 and (2) all references in Dkt. ##1, 5, 9 are deemed corrected from the incorrect figure of $219,729.34 to the correct figure of $206,029.26.

IT IS SO ORDERED.

August 28, 2025

/s/ *David A. Ruiz*
JUDGE DAVID A. RUIZ
United States District Judge