UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ATLANTIC COAST LIFE INS. CO. | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:25-cv-00683 |
| | ) | |
| v. | ) | JUDGE DAVID A. RUIZ |
| DENISE GAWELEK, *et al.*, | ) | |
| | ) | |
| Defendant(s). | ) | |

ORDER OF DISBURSEMENT
28 U.S.C. § 1335 INTERPLEADER FUNDS

On July 29, 2025, Plaintiff Atlantic Coast Life Insurance Company deposited $206,029.06 Interpleader funds meeting the IRS definition of a "disputed ownership fund" DOF as defined under 28 U.S.C. § 1335 into the registry of the Court pending the outcome of this action. This Court subsequently ordered the Clerk of Court to deposit said funds in interest-bearing Government Account Series securities via the Court Registry Investment System (CRIS) Disputed Ownership Fund (DOF) administered by the Administrative Office of the United States Courts.

Pursuant to this Court's Order dated October 17, 2025, the Clerk is hereby authorized and directed to withdraw the $ $206,029.06 principal plus all interest accrued less a fee of an annualized 20 basis points on assets on deposit for funds held in the DOF for the management of investments in CRIS. According to the Court's Miscellaneous Fee Schedule, the CRIS fee is assessed from interest earnings to

the pool before a pro rata distribution of earnings is made to court cases. The Clerk will disburse remaining funds to:

United States District Court for the Southern District of Ohio
Case No. 1:25-cv-00706, *Atlantic Coast Life Insurance Company v. Denise Gawelek*, et al.

IT IS SO ORDERED.

/s/ *David A. Ruiz*
David A. Ruiz
U.S. District Judge